1  Michael S. Sorgen (State Bar No. 43107)
   LAW OFFICES OF MICHAEL S. SORGEN
2  240 Stockton Street, 9th Floor
   San Francisco, CA 94108
3  Telephone:    (415) 956-1360
   Facsimile:    (415) 956-6342
4
   Attorney for Plaintiff
5  FRANCISCA MORALEZ

6
                    UNITED STATES DISTRICT COURT
7
                   NORTHERN DISTRICT OF CALIFORNIA
8

9

10 FRANCISCA MORALEZ,              )   Case No.: C 07 3807
                                   )
11         Plaintiff,              )   **PROOF OF SERVICE BY CERTIFIED**
       vs.                         )   **MAIL**
12                                 )
                                   )
13 ELAINE L. CHAO, SECRETARY OF THE)   JURY TRIAL DEMAND
   U.S. DEPARTMENT OF LABOR; U.S.  )
14 DEPARTMENT OF LABOR,            )
   EMPLOYMENT STANDARDS            )
15 ADMINISTRATION                  )
                                   )
16         Defendants.             )

17

18 _____

19          **PROOF OF SERVICE BY CERTIFIED MAIL**

20
           I declare that I am employed in the City and County of San Francisco, State of California.
21
   I am over eighteen years of age and not a party to the within entitled cause. My business address
22
   is 240 Stockton Street, 9th Floor, San Francisco, California, 94l08. I am familiar with this office's
23
   practice for depositing mail for overnight delivery. On the date below, I served the within:
24

25 **COMPLAINT FOR DISABILITY DISCRIMINATION, FAILURE TO
   ACCOMMODATE, AND CONSTRUCTIVE DISCHARGE**
26
   **SUMMONS IN A CIVIL CASE**
27
   **ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR
28 DEADLINES**

**NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL**

**ECF REGISTRATION INFORMATION HANDOUT**

**CIVIL COVER SHEET**

on the parties to said cause by placing for collection and processing in the United States mail at San Francisco, California, true copies thereof enclosed in sealed envelopes with postage thereon fully pre-paid, addressed as follows:

U.S. Attorney's Office
District of Northern California
450 Golden Gate Ave, 10th Floor
San Francisco, CA 94102

Elaine L. Chao
U.S. Department of Labor
200 Constitution Avenue, NW
Washington, D.C. 20210

Alberto Gonzalez
U.S. Attorney General
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001

U.S. Department of Labor
200 Constitution Avenue, NW
Washington, D.C. 20210

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed at San Francisco, California, on July 25, 2007.

/s/ Jennifer-Wickens
Jennifer Wickens