SCOTT N. SCHOOLS (SC 9990)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
ELLEN M. FITZGERALD (NY 2408805)
Assistant United States Attorney
   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-7314
   Facsimile:  (415) 436-6748
   E-mail:     ellen.fitzgerald@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FRANCISCA MORALEZ, | ) No. C 07-3807 EDL |
|    Plaintiff, | ) **NOTICE OF SUBSTITUTION OF COUNSEL** |
| v. | ) |
| ELAINE L. CHAO, SECRETARY OF THE U.S. DEPARTMENT OF LABOR; U.S. DEPARTMENT OF LABOR, EMPLOYMENT STANDARDS ADMINISTRATION, | ) |
|    Defendants. | ) |

TO THE COURT AND ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that defendants hereby substitute Assistant United States Attorney Ellen M. FitzGerald for Assistant United States Attorney Own Martikan as counsel for the defendants in the above-referenced action. All future pleadings and correspondence to the

NOTICE OF SUBSTITUTION
No. C 07-3807 EDL

defendants should be directed to:

AUSA Ellen M. FitzGerald
United States Attorney's Office
450 Golden Gate Avenue, 9th Floor
Box 36055
San Francisco, CA 94102-3495
Telephone: (415) 436-7314
Facsimile:  (415) 436-6748
ellen.fitzgerald@usdoj.gov

                                               Respectfully submitted,

                                               SCOTT N. SCHOOLS
                                               United States Attorney

DATED: September 13, 2007         By:       /s/
                                                                 ELLEN M. FITZGERALD
                                                                 Assistant United States Attorney

NOTICE OF SUBSTITUTION
No. C 07-3807 EDL