# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Plaintiff(s), | Case No. |
|  | ADR CERTIFICATION BY PARTIES AND COUNSEL |
| v. |  |
| Defendant(s). |  |

_____/

Pursuant to Civil  L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

**(1)** Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov  *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

**(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

**(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated:_____                               _____

                                                   [Party]

Dated: _____                               _____

                                                   [Counsel]

> When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the Office of the United States

Attorney for the Northern District of California and is a person of such age and discretion to be

competent to serve papers.  The undersigned further certifies that she is causing a copy of the following:

### ADR CERTIFICATION BY PARTIES AND COUNSEL

**Francisca Moralez v. Elaine Chao, Secretary of the U.S. Department of Labor**
**C 07-3807 EDL**

to be served this date upon the party(ies) as follows:

\_\_\_\_    **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

\_\_\_\_    **PERSONAL SERVICE (BY MESSENGER)**

\_\_\_\_    **FACSIMILE (FAX)**  Telephone No.:

\_\_\_\_    **FEDERAL EXPRESS**

\_√\_    **EMAIL**

to the party(ies) addressed as follows:

ADR Unit
Email: ADR@cand.uscourts.gov

I declare under penalty of perjury under the laws of the United States that the foregoing is

true and correct.

Executed on October 18, 2007at San Francisco, California.


_____/s/_____
KATHY TERRY
Legal Assistant