Michael S. Sorgen (CSBN 43107)
LAW OFFICES OF MICHAEL S. SORGEN
240 Stockton Street, 9th Floor
San Francisco, CA 94108
Tel: (415) 956-1360
Fax: (415) 956-6342

Attorney for Plaintiff Francisca Moralez

SCOTT N. SCHOOLS (SC 9990)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
ELLEN M. FITZGERALD (NY 2408805)
Assistant United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102-3495
Tel: (415) 436-7314
Fax: (415) 436-6748
E-mail: ellen.fitzgerald@usdoj.gov

Attorneys for Defendant United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FRANCISCA MORALEZ, <br><br> Plaintiff, <br><br> v. <br><br> ELAINE CHAO, SECRETARY OF THE U.S. DEPARTMENT OF LABOR; U.S. DEPARTMENT OF LABOR EMPLOYMENT STANDARDS ADMINISTRATION <br><br> Defendant. | Case No. C 07-3807 (EDL) <br><br> JOINT CASE MANAGEMENT STATEMENT <br><br> Date: October 30, 2007 <br> Time: 10:00 a.m. <br> Ctrm: Courtroom E |

Plaintiff, Francisca Moralez, and defendants, Elaine Chao, Secretary of the U.S.

Department of Labor and the U.S. Department of Labor Employment Standards Administration,

JOINT CASE MANAGEMENT STATEMENT
Case No. C 07-3807 (EDL)

by and through their undersigned counsel, hereby submit the following Joint Case Management Conference Statement pursuant to Civil Local Rule 16-9:

1.  Jurisdiction and Service: This case involves a claim for alleged discrimination in employment in violation of the Rehabilitation Act of 1973, 29 U.S.C. § 701 et seq., over which this court has jurisdiction pursuant to 28 U.S.C. § 1331. Personal jurisdiction, venue, and service are not at issue in this case.

2.  Facts: Plaintiff's Statement: Defendant discriminated against plaintiff based on her disability, rheumatoid arthritis and refused to provide her a reasonable accommodation. Plaintiff continued to work in extreme pain without accommodation, making it impossible for to perform the essential duties of her job. Defendant made her working conditions so intolerable she felt compelled to apply for disability retirement.

Defendants' Statement: Defendant denies that it discriminated against plaintiff based on her disability. Defendant disputes that it failed to reasonably accommodate plaintiff's alleged disability and that it made her working conditions so intolerable that plaintiff felt compelled to apply for disability retirement.

3.  Legal Issues: The following legal issues are in dispute: whether plaintiff is disabled and whether she is a qualified individual with a disability within the meaning of the Rehabilitation Act; whether defendant failed to provide reasonable accommodation for plaintiff's alleged disability; whether plaintiff was constructively discharged from her position because of her disability.

4.  Motions: There are no pending motions. Defendant anticipates that it will file a motion for summary judgment.

5.  Amendment of Pleadings: None at this time.

6.  Evidence Preservation: Defendant has taken affirmative steps to preserve any documents and/or evidence related to this case.

7.  Disclosures: The parties will make their initial disclosures pursuant to Fed. R. Civ. P. 26

JOINT CASE MANAGEMENT STATEMENT
Case No. C 07-3807 (EDL)                    2

on or before October 23, 2007.

8.   Discovery:  No discovery has taken place. The parties intend to serve written discovery and conduct depositions.

9.   Class Actions:  Not applicable.

10.  Related Cases:  None.

11.  Relief:  Plaintiff seeks lost wages and benefits and compensatory damages. Defendant denies that plaintiff is entitled to any relief.

12.  Settlement and ADR:  Defendant believes that ADR will be helpful after it has conducted some initial discovery.  Both parties are amenable to a settlement conference with a magistrate judge or a mediation after completion of some focused discovery.

13.  Consent to Magistrate Judge for All Purposes:  The parties consent to have a magistrate judge conduct all further proceedings.

14.  Other References:  The parties agree that this case is not appropriate for binding arbitration, a special master or reference to the MDL panel.

15.  Narrowing of Issues: None anticipated at this time.

16.  Expedited Schedule:  The parties do not think an expedited schedule is appropriate at this time.

17.  Scheduling:  The parties propose the following discovery and trial dates:

   Fact discovery cut-off:         May 30, 2008
   Plaintiff's Expert disclosure:  June 15, 2008
   Defendant's Expert Disclosure:  June 30, 2008
   Expert discovery cut-off:       July 30, 2008
   Last day to hear dispositive motions:   October 3, 2008
   Pre-trial conference:           November 13, 2008
   Trial:                          December 1, 2008

18.  Trial:  The parties estimate that a jury trial of this case will take four to six days.

JOINT CASE MANAGEMENT STATEMENT
Case No. C 07-3807 (EDL)                 3

19. <u>Disclosure of Non-Party Interested Entities or Persons</u>:  None.

20. <u>Other Matters</u>:  None.

Dated: October 23, 2007

          Respectfully submitted,

          LAW OFFICES OF
          MICHAEL S. SORGEN

By:    /s/
    MICHAEL S. SORGEN
    Attorney for Plaintiff


          SCOTT N. SCHOOLS
          United States Attorney

By:    /s/
    ELLEN M. FITZGERALD
    Assistant United States Attorney
    Attorney for Defendants

JOINT CASE MANAGEMENT STATEMENT
Case No. C 07-3807 (EDL)    4