In the United States District Court
for the Northern District of California
Magistrate Judge Elizabeth D. Laporte

CIVIL MINUTES

Date:   October 30, 2007

Case No:  **C- 07-03807 EDL**

Case Name:  **FRANCISCA MORALEZ v. ELAINE L. CHAO**

    Attorneys:   Pltf: Michael Sorgen    Deft: Ellen Fitzgerald

    Deputy Clerk:  Lili M. Harrell    FTR digital recording: 10:13am - 10:31am

**PROCEEDINGS:**    **RULING:**

1. Initial Case Management Conference    Held

2.

**ORDERED AFTER HEARING:**

**Order to be prepared by:**  [] Plntf  [] Deft  [X]  Court

**Case continued to:** 3/11/08 at 10:00am for further case management conference. Updated joint case management statement due 3/4/08.

**PRETRIAL SCHEDULE:**
Last day to amend the pleadings: 3/7/08
Discovery cutoff: 5/30/08
Initial expert disclosure deadline: 6/15/08
Rebuttal expert disclosure deadline: 6/30/08
Expert discovery cutoff: 7/15/08
Dispositive Motion filing deadline: 7/22/08
Dispositive Motions hearing date: 8/26/08 at 9:00am
Pretrial Conference: 11/04/08 at 2:00pm
Trial: 12/01/08 at 8:30 a.m., set for 4-6 days.
    [X] Jury  [ ]  Court

Notes: Parties previously stipulated to mediation.
cc: