# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Moralez,<br><br>　　　　　　Plaintiff(s),<br><br>　　v.<br><br>Chao,<br><br>　　　　　　Defendant(s). | 07-03807 EDL MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

**Jean Hyams**
Boxer & Gerson
300 Frank H. Ogawa Plaza, Suite 500
Oakland, CA 94612
510-286-2960

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
07-03807 EDL MED                - 1 -

1   Counsel are reminded that the written mediation statements required by the ADR
2   L.R. 6-7 shall NOT be filed with the court.

Dated: November 5, 2007

            RICHARD W. WIEKING
            Clerk
            by:    Alice M. Fiel

_____
ADR Case Administrator
415-522-3148
Alice_Fiel@cand.uscourts.gov

**Notice of Appointment of Mediator**
07-03807 EDL MED          - 2 -

United States District Court
Northern District of California