1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  ELLEN M. FITZGERALD (NY 2408805)
   Assistant United States Attorney
4  450 Golden Gate Avenue, Box 36055
   San Francisco, CA 94102-3495
5  Tel: (415) 436-7314
   Fax: (415) 436-6748
6  E-mail: ellen.fitzgerald@usdoj.gov

7  Attorneys for Defendant United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FRANCISCA MORALEZ, ) | Case No. C 07-3807 (EDL) |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND [~~PROPOSED~~] |
| v. ) | ORDER TO CONTINUE LAST |
| ) | DAY FOR MEDIATION AND |
| ELAINE CHAO, SECRETARY OF THE ) | DATE FOR NEXT CASE |
| U.S. DEPARTMENT OF LABOR; U.S. ) | MANAGEMENT CONFERENCE |
| DEPARTMENT OF LABOR ) | |
| EMPLOYMENT STANDARDS ) | Date: March 10, 2008 |
| ADMINISTRATION ) | Time: 10:00 a.m. |
| ) | Courtroom: E |
| ) | |
| Defendants. ) | |
| _____ ) | |

Plaintiff, Francisca Moralez, and defendants, Elaine Chao, Secretary of the U.S. Department of Labor and the U.S. Department of Labor Employment Standards Administration, by and through their undersigned counsel, and with the concurrence of the court-appointed mediator in this action, Jean Hyams, Esq., have agreed to hold the mediation on Tuesday, March 25, 2008. Subject to this Court's approval, the undersigned therefore stipulate to continue the last day to complete the mediation from February 29, 2008 until March 31, 2008 (to allow time to conduct the mediation on March 25, 2008 and allow a short time thereafter if some follow-up

STIPULATION AND PROP. ORDER TO CONTINUE MEDIATION AND CASE MANAGEMENT
CONFERENCE
No. C 07-3807

1  effort with the mediator's assistance were appropriate) and to continue the date for the next case
2  management conference from March 11, 2008 until May 13, 2008, at the time and place shown
3  above (so that the parties will be in a position to inform the Court of the results of the
4  mediation). The new case management conference date is the next available date for counsel for
5  both parties.  This is the first continuance requested by either party for these dates, and the
6  undersigned do not believe that changing these dates will require any changes to the other dates
7  previously set by this Court.

   IT IS SO STIPULATED:

Dated: March 4, 2008            JOSEPH P. RUSSONIELLO
                                United States Attorney

                        By:     _____/s/_____
                                ELLEN M. FITZGERALD
                                Assistant United States Attorney
                                Attorneys for Defendant


Dated: March 4, 2008            LAW OFFICES OF
                                MICHAEL S. SORGEN

                        By:     _____/s/_____
                                MICHAEL S. SORGEN
                                Attorney for Plaintiff


   APPROVED AND SO ORDERED:

   The new date for the last day to complete mediation is March 31, 2008, and the new date
for the next case management conference is ~~April 17, 2008~~. May 13, 2008 at 10:00 a.m.  A joint case management conference statement shall be filed no later than May 6, 2008.

DATED: __March 5, 2008__
                                _____
                                THE HON. ELIZABETH LAPORTE
                                United States Magistrate Judge

*IT IS SO ORDERED AS MODIFIED* — Judge Elizabeth D. Laporte

STIPULATION AND PROP. ORDER TO CONTINUE MEDIATION AND CASE MANAGEMENT CONFERENCE
No. C 07-3807