# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Moralez, | No. C 07-03807 EDL MED |
| Plaintiff(s), | **Certification of ADR Session** |
| v. | |
| Chao, | |
| Defendant(s). | |

*Instructions: The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.*

1. I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) __3/25/2008__

2. Did the case settle?   ☐ fully   ☐ partially   ☒ no

3. If the case did not settle fully, is any follow-up contemplated?
   ☒ another session scheduled for (date) __6/19/2008__
   ☐ phone discussions expected by (date) _____
   ☐ no

4. **IS THIS ADR PROCESS COMPLETED?**   ☐ YES   ☒ NO

Dated: __3/25/2008__                    _[signature]_
                                         Mediator, Jean Hyams
                                         Boxer & Gerson
                                         300 Frank H. Ogawa Plaza, Suite 500
                                         Oakland, CA 94612

**Certification of ADR Session**
07-03807 EDL MED