1 | Michael S. Sorgen (CSBN 43107)
LAW OFFICES OF MICHAEL S. SORGEN
2 | 240 Stockton Street, 9th Floor
San Francisco, CA 94108
3 | Tel: (415) 956-1360
Fax: (415) 956-6342

Attorneys for Plaintiff Francisca Moralez

JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
ELLEN M. FITZGERALD (NY 2408805)
Assistant United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102-3495
Tel: (415) 436-7314
Fax: (415) 436-6748
E-mail: ellen.fitzgerald@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FRANCISCA MORALEZ, | Case No. C 07-3807 (EDL) |
| Plaintiff, | |
| v. | JOINT CASE MANAGEMENT STATEMENT |
| ELAINE CHAO, SECRETARY OF THE U.S. DEPARTMENT OF LABOR; U.S. DEPARTMENT OF LABOR EMPLOYMENT STANDARDS ADMINISTRATION | Date: May 13, 2008<br>Time: 10:00 a.m.<br>Ctrm: Courtroom E |
| Defendant. | |

    Plaintiff, Francisca Moralez, and defendants, Elaine Chao, Secretary of the U.S. Department of Labor and the U.S. Department of Labor Employment Standards Administration, by and through their undersigned counsel, hereby submit the following Joint Case Management Conference Statement pursuant to Civil Local Rule 16-9:

JOINT CASE MANAGEMENT STATEMENT
Case No. C 07-3807 (EDL)

1. <u>Jurisdiction and Service</u>:  This case involves a claim for alleged discrimination in employment in violation of the Rehabilitation Act of 1973, 29 U.S.C. § 701 <u>et</u> <u>seq</u>., over which this court has jurisdiction pursuant to 28 U.S.C. § 1331.  Personal jurisdiction, venue, and service are not at issue in this case.

2. <u>Facts</u>: <u>Plaintiff's Statement</u>: Defendant discriminated against plaintiff based on her disability, rheumatoid arthritis, and refused to provide her a reasonable accommodation. Plaintiff continued to work in extreme pain without accommodation, making it impossible for her to perform the essential duties of her job.  Defendant made her working conditions so intolerable that she felt compelled to apply for disability retirement.

<u>Defendants' Statement</u>:  Defendants deny that they discriminated against plaintiff based on her disability.  Defendants dispute that they failed to reasonably accommodate plaintiff's alleged disability and that they made her working conditions so intolerable that plaintiff was compelled to apply for disability retirement.

3. <u>Legal Issues</u>:  The following legal issues are in dispute:  whether plaintiff is a qualified individual with a disability within the meaning of the Rehabilitation Act; whether defendants failed to provide reasonable accommodation for plaintiff's alleged disability; whether plaintiff was constructively discharged from her position because of defendant's refusal to accommodate her disability.

4. <u>Motions</u>:  There are no pending motions.  Defendants anticipate that they will file a motion for summary judgment.

5. <u>Amendment of Pleadings</u>: None at this time.

6. <u>Evidence Preservation</u>:  Defendants have taken affirmative steps to preserve any documents and/or evidence related to this case.

7. <u>Disclosures</u>: The parties have made their initial disclosures pursuant to Rule 26 of the Federal Rules of Civil Procedure.

8. <u>Discovery</u>: The parties exchanged written discovery requests and conducted depositions before they participated in a Court-ordered mediation on March 25, 2008.  Although the session was productive, the parties were unable to reach a settlement.  Both sides have agreed to

1 participate in another mediation session on a date to be determined in late June or early July.

2 Since the March 28 mediation, counsel have been working in good faith to resolve issues 3 that will further the settlement of this case. Plaintiff's counsel has agreed to provide defendants 4 in early May with copies of plaintiff's mental health records and records from other health care 5 providers, who treated plaintiff's rheumatoid arthritis. These records will first be redacted for 6 privacy with a privilege log and a stipulation for <u>in camera</u> review of the redactions. Once 7 defendants receive the records they have requested, defendants intend to complete the deposition 8 of plaintiff (defendant conducted plaintiff's deposition over two days to accommodate her 9 alleged inability to sit for long periods; the final portion of the deposition has yet to be 10 completed). Defendants also intend to depose plaintiff's therapist and her primary treating 11 physician and will notice independent mental and physical examinations of plaintiff. Plaintiff 12 has served additional written discovery, will meet and confer about previous document requests 13 and intends to depose other of defendants' employees.

14 The parties are reasonably optimistic that they can reach a settlement at the next 15 mediation session. However, if the parties are unable to reach a settlement, they will require 16 additional time to complete discovery. Under the circumstances, the parties jointly request an 17 extension of the fact discovery deadline, from May 30, 2008 to July 18, 2008, to allow additional 18 time for completion of discovery if the parties cannot reach a settlement at the mediation. There 19 have been no previous requests for an extension of this deadline.

20 9.  <u>Class Actions</u>:  Not applicable.

21 10. <u>Related Cases</u>:  None.

22 11. <u>Relief</u>: Plaintiff seeks lost wages and benefits and compensatory damages. Defendants 23 deny that plaintiff is entitled to any relief.

24 12. <u>Settlement and ADR</u>: The parties participated in a productive mediation session with a 25 court-appointed mediator on March 25, 2008. They were unable to reach a settlement agreement 26 but they have agreed to participate in another mediation session.

27 13. <u>Consent to Magistrate Judge for All Purposes</u>: The parties consent to have a magistrate 28 judge conduct all further proceedings.

JOINT CASE MANAGEMENT STATEMENT
Case No. C 07-3807 (EDL)                3

1  14.   <u>Other References</u>:  The parties agree that this case is not appropriate for binding
2  arbitration, a special master or reference to the MDL panel.
3  15.   <u>Narrowing of Issues</u>:  None anticipated at this time.
4  16.   <u>Expedited Schedule</u>:  The parties do not think an expedited schedule is appropriate at this
5  time.
6  17.   <u>Scheduling</u>:  The parties jointly request that the Court extend the schedule for fact and
7  expert discovery and for summary judgment motions.
8  Defendants' proposed schedule is as follows:
9        Fact discovery cut-off:        July 18, 2008
10       Plaintiff's Expert disclosure: July 25, 2008
11       Defendant's Expert Disclosure: August 8, 2008
12       Expert discovery cut-off:      August 22, 2008
13       Last day for hearing of dispositive motions: October 4, 2008
14 Plaintiff's proposed schedule is as follows:
15       Fact discovery cut-off:        July 18, 2008
16       Filing Dispositive motions:    July 22, 2008
17       Hearing Dispositive motions:   August 26, 2008
18       P's Expert disclosure:         September __, 2008
19       Defendant's Expert Disclosure: September __, 2008
20       Expert discovery cut-off:      September __, 2008
21 18.   <u>Trial</u>:  Defendants estimate that this case can be tried to a jury in four days. Plaintiff
22 estimates six days.
23 19.   <u>Disclosure of Non-Party Interested Entities or Persons</u>: None.
24 20.   <u>Other Matters</u>: None.
25 ♯
26 ♯
27 ♯
28 ♯

JOINT CASE MANAGEMENT STATEMENT
Case No. C 07-3807 (EDL)                    4

1  Dated: May 6, 2008

                                  Respectfully submitted,

                                  LAW OFFICES OF
                                  MICHAEL S. SORGEN
                   By:
                                       /s/
                                  MICHAEL S. SORGEN
                                  Attorney for Plaintiff


                                  JOSEPH P. RUSSONIELLO
                                  United States Attorney

                   By:            _____/s/_____
                                  ELLEN M. FITZGERALD
                                  Assistant United States Attorney
                                  Attorney for Defendants

JOINT CASE MANAGEMENT STATEMENT
Case No. C 07-3807 (EDL)                    5