In the United States District Court
for the Northern District of California
Magistrate Judge Elizabeth D. Laporte

CIVIL MINUTES

Date:   May 13, 2008

Case No:  **C- 07-03807 EDL**

Case Name:  **FRANCISCA MORALEZ v. ELAINE L. CHAO**

Attorneys:   Pltf: Michael Sorgen     Deft: Ellen Fitzgerald

Deputy Clerk:  Lili M. Harrell     FTR digital recording: 11:09am - 11:25am

**PROCEEDINGS:**

1. Further Case Management Conference                Held

2.

**ORDERED AFTER HEARING:**

**Order to be prepared by:**  [] Plntf  [] Deft  [X]  Court

**Case continued to:**

**AMENDED PRETRIAL SCHEDULE:**

Discovery cutoff: 7/18/08
Initial expert disclosure deadline: 8/1/08
Rebuttal expert disclosure deadline: 8/16/08
Expert discovery cutoff: 8/22/08
Dispositive Motion filing deadline: 9/2/08
Dispositive Motions hearing date: 10/7/08 at 9:00am
Pretrial Conference: 11/18/08 at 2:00pm
Trial: 12/08/08 at 8:30 a.m., set for 4-6 days.
        [X] Jury  [ ]  Court

Notes: Plaintiff shall produce medical and mental health records by 5/23/2008.

cc: