JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
ELLEN M. FITZGERALD (NY 2408805)
Assistant United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102-3495
Tel: (415) 436-7314
Fax: (415) 436-6748
E-mail: ellen.fitzgerald@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FRANCISCA MORALEZ,<br><br>            Plaintiff,<br><br>   v.<br><br>ELAINE CHAO, SECRETARY OF THE U.S. DEPARTMENT OF LABOR; U.S. DEPARTMENT OF LABOR EMPLOYMENT STANDARDS ADMINISTRATION<br><br>            Defendants. | Case No. C 07-3807 EDL<br><br>**DECLARATION OF ELLEN M. FITZGERALD IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL INDEPENDENT MEDICAL EXAMINATIONS OF PLAINTIFF** |

ELLEN M. FITZGERALD declares:

1. I am an Assistant United States Attorney for the Northern District of California and counsel for defendants, Elaine Chao, Secretary of the U.S. Department of Labor and the U. S. Department of Labor Employment Standards Administration ("defendants"). I make this declaration, based on personal knowledge and my review of the legal file maintained by the United States Attorney's Office, in support of defendants' motion to compel plaintiff to submit to independent medical examinations ("IMEs").

//

DECLARATION OF ELLEN M. FITZGERALD IN SUPPORT OF MOTION TO COMPEL
C 07-3807 EDL

1  2. Attached hereto as Exhibit A is a true and correct copy of plaintiff's Initial Disclosures under FRCP 26(a).

3. Attached hereto as Exhibit B is a true and correct copy of the "clinical summary" prepared by Gail P. Hunt, L.C.S.W., B.C.D., which was produced by plaintiff in discovery.

4. During a telephone conversation on or about June 12, 2008, plaintiff's counsel informed me for the first time of his intention to designate Ms. Hunt as an expert witness.

5. On or about June 16, 2008, I called plaintiff's counsel and then followed up with a letter. Exhibit C. I explained defendant's position that plaintiff should submit to IMEs by defendants' experts, and I asked plaintiff's counsel to call me to discuss the matter before I sought the Court's intervention. Id.

6. The next day, on or about June 17, 2008, I called plaintiff's counsel at his office. He advised me that he had received my letter. He stated that he would get back to me on Wednesday, June 18, 2008, and he indicated that the parties could "probably stip to a limited examination."

7. By letter dated June 18, 2008, plaintiff's counsel informed me that he would not consent to the IMEs because, he argued, plaintiff's physical and mental conditions were not in controversy and defendants could not show good cause for the IMEs. Exhibit D.

8. In his June 18, 2008, letter, plaintiff's counsel also advised me for the first time that he would designate Marcey Shapiro, M.D., plaintiff's treating physician, as an expert. Exhibit D.

Pursuant to Title 28, United States Code, Section 1746, I declare under penalty of perjury that the forgoing is true and correct. Executed on June 24, 2008.

                                    _____/s/_____
                                    ELLEN M. FITZGERALD
                                    Assistant United States Attorney

DECLARATION OF ELLEN M. FITZGERALD IN SUPPORT OF MOTION TO COMPEL
C 07-3807 EDL                                   2