1  Michael S. Sorgen (State Bar No. 43107)
   LAW OFFICES OF MICHAEL S. SORGEN
2  240 Stockton Street, 9th Floor
   San Francisco, CA 94108
3  Telephone:   (415) 956-1360
   Facsimile:    (415) 956-6342
4
   Attorney for Plaintiff
5  FRANCISCA MORALEZ

6
                    UNITED STATES DISTRICT COURT
7
                    NORTHERN DISTRICT OF CALIFORNIA
8

9

10  FRANCISCA MORALEZ,                )   Case No.: C073807 EDL
                                       )
11           Plaintiff,                )   PLAINTIFF'S INITIAL
       vs.                             )   DISCLOSURES UNDER FRCP 26(a)
12                                     )
                                       )
13  ELAINE L. CHAO, SECRETARY OF THE   )
    U.S. DEPARTMENT OF LABOR; U.S.     )
14  DEPARTMENT OF LABOR,               )
    EMPLOYMENT STANDARDS               )
15  ADMINISTRATION                     )
                                       )
16           Defendants.               )
                                       )
17

18       Pursuant to Rule 26(a) of the Federal Rules of Civil Procedure, Plaintiff FRANCISCA

19  MORALEZ makes the following Initial Disclosures based upon information and documents

20  reasonably available to her at this time. Plaintiff has not completed her investigation or

21  

22  discovery in this matter and specifically reserves the right to supplement or amend this initial

23  disclosure at any time before trial of this matter.

24

25  **WITNESSES (Rule 26(a)(1)(A)**: The name, and, if known, the address and telephone number

26  of each individual likely have discoverable information that disclosing party may use to support

27  ///

28

PLAINTIFF'S INITIAL DISCLOSURES            1                    **EXHIBIT A**

its claims or defenses, unless solely for impeachment, identifying the subjects of the information:

1. Woody Guilliland, (retired) former Regional Director of San Francisco Region, Office of Federal Contract Compliance Programs, (OFCCP).

2. William (Bill) Smitherman, former Deputy Regional Director, current Regional Director, San Francisco Region OFCCP.

3. Charles James, Deputy Assistant Secretary, Washington DC, OFCCP.

4. Roz Itelson, Current Labor Relations Officer, Office of the Assistant Secretary for Administration and Management (OASAM), San Francisco Region.

5. Dr. Alberto Rocha, Assistant District Director, Great San Francisco Bay District Office, OFCCP.

6. Sarah Nelson, former Acting District Director, Oakland District Office, OFCCP. Current District Director of Los Angeles District Office, OFCCP

7. Angel Luevano, former District Director Oakland District Office, OFFCP.

8. Trent Williams, former Acting District Director and supervisor at the Oakland District Office, OFFCP. Last known location: Portland District Office, OFFCP.

9. Pamela Gibbs, head of EEO unit, Employment Standards Division (ESA), Washington DC.

10. Kate Dorrell (retired), former head of EEO unit, ESA, Washington DC.

11. Vic Sung, Civil Rights Officer,(OASAM), San Francisco Region.

12. Cecilia Dixon, Equal Opportunity Specialist (EOS), Great San Francisco Bay District Office, OFCCP.

13. George Miner, EOS, Great San Francisco Bay District Office, OFCCP.

PLAINTIFF'S INITIAL DISCLOSURES        2

14.   Milton Crossland, EOS, Great San Francisco Bay District Office, OFCCP.

15.   Linda Smith, EOS, Great San Francisco Bay District Office, OFCCP.

16.   Jesse Alvarez, EOS, Great San Francisco Bay District Office, OFCCP.

17.   Dr. Marcey Shapiro, plaintiff's treating physician, 1152A Solano Avenue, Albany, CA 94706, Phone 510.525.2200

18.   Dr. Neil Presant, M.D., M.P.H., Department of Health and Human Services, Federal Occupational Health Service, Bethesda MD.

19.   Gail Hunt, therapist, Licensed Clinic Social Worker, 3030 Asbhy Ave. Suite 100, Berkeley, CA.

20.   E.K. Wade (retired), former EOS, Oakland District Office, OFCCP.

21.   Gregory Hunt, EOS, Great San Francisco Bay District Office, OFCCP.

22.   Richard Gaytan (retired), former EOS, Oakland District Office, OFCCP.

23.   Celeste Davis, OFCCP Chicago, IL.

24.   Berlene Roberts, EOS, Great San Francisco Bay District Office, OFFCP.

25.   Rob Hiraga, District Director, Great San Francisco Bay District Office, OFFCP.

**DOCUMENTS (Rule 26(a)(1)(B)** : A copy of, or a description by category and location of, all documents, electronically stored information, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment:

Plaintiff will rely on documents already produced for the Department of Labor

///

PLAINTIFF'S INITIAL DISCLOSURES            3

investigations. Defendant is in control and custody of documents relating to:

1) plaintiff's request for reasonable accommodation

2) correspondence and emails relating to plaintiff's request for and department denial of reasonable accommodation

3) defendant's response to plaintiff's request for reasonable accommodation

4) plaintiff's application for disability retirement and correspondence/emails relating to such application.

5) plaintiff's wages, benefits, pension/retirement/thrift savings plan entitlements/schedules

6) plaintiff's personnel file

Plaintiff will produce the following documents as soon as reasonably possible:

- documents evidencing medical expenses

**COMPUTATION OF DAMAGES (Rule 26(a)(1)(C)** : A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered:

**1. Lost wages/earnings**

Plaintiff calculates her lost wages based upon the difference between what she would have earned had she continued to be employed from September 26, 2006 (date of separation) through November 30, 2024 (age 65) and her current disability retirement earnings through age 65. Her projected salary includes regular step increases, locality pay adjustments, and annual increases.

PLAINTIFF'S INITIAL DISCLOSURES                4

**2. Lost retirement benefit**

Plaintiff calculates her lost retirement benefit based upon the difference between the benefit plaintiff will earn through age 84 (life expectancy) versus the benefit she would have earned from through age 84 had she continued employment through November 30, 2024. A regular retirement annuity for a federal employee is based on a percentage of their high three salaries and their contribution to the TSP (thrift savings plan).

**3. Lost Social Security benefit**

Plaintiff calculates her lost social security benefit based upon the difference between social security benefits plaintiff will earn through age 84 versus the social security benefit she would have earned through age 84 had she continued employment through November 30, 2024.

**4. Other benefits**

Loss of other benefits to be determined.

**5. Medical expenses**

Damages in an amount to be determined. Plaintiff will produce documents evidencing such expenses.

**5. Emotional distress**

Damages in an amount to be determined at trial.

**6. Attorneys' Fees**

To be determined after plaintiff prevails at trial.

Dated: October 23, 2007              LAW OFFICES OF MICHAEL S. SORGEN

                                     By: _____
                                     Michael S. Sorgen
                                     Attorney for Plaintiff

PLAINTIFF'S INITIAL DISCLOSURES           5