

U.S. Department of Justice
United States Attorney
Northern District of California
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102
Telephone Number: 415/436-7200
Fax Number: 415/436-7234

# FAX

| To | Michael S. Sorgen<br>Law Offices of **Michael S. Sorgen**<br>Ph:    Fax : 415-956-6342 | To | |
|---|---|---|---|
| To | | To | |

| From | Stefania, Legal Assistant<br>for<br>Ellen M. FitzGerald, AUSA | | |
|---|---|---|---|
| Phone | (415) 436-6786 | Fax | (415) 436-6748 |

Date:  June 16, 2008            Page(s): [ ] including cover

Re:  *Moralez v. Chao*
     C 07-3807 EDL

ATTACHMENT:
- Correspondence dtd today.

MESSAGE:

### CONFIDENTIAL U.S. ATTORNEY FACSIMILE COMMUNICATION

The information contained in this facsimile message, and any and all accompanying documents constitutes confidential information. This information is the property of the U.S. Attorney's Office. If you are not the intended recipient of this information, any disclosure, copying, distribution, or the taking of any action in reliance on this information is strictly prohibited. If you received this message in error, please notify us immediately at the above number to make arrangements for its return to us.

EXHIBIT C



# U.S. Department of Justice

*United States Attorney*
*Northern District of California*

---

*11th Floor, Federal Building*　　　　　　　　　　　　　*(415) 436-7200*
*450 Golden Gate Avenue, Box 36055*
*San Francisco, California 94102-3495*　　　　　　　*FAX:(415) 436-7234*

June 16, 2008

<u>VIA TELEFAX (415) 956-6342</u>
Michael S. Sorgen, Esq.
Law Offices of Michael S. Sorgen
240 Stockton Street, 9th Floor
San Francisco, CA 94108

　　　　Re:　Moralez v. Chao
　　　　　　<u>Case No. C 07-3807 EDL</u>

Dear Mr. Sorgen:

　　　　I called you this morning, and your secretary indicated that you were in the office but directed me to your voicemail. I left a message but I have not heard back from you.

　　　　The purpose of my call was to inform you that I intend to seek an order from the Court directing that Ms. Moralez submit to physical and mental IMEs. When we spoke last Thursday, you indicated that you will be designating Gail Hunt, Ms. Moralez's therapist, as an expert witness. Under the circumstances, basic fairness dictates that plaintiff submit to a psychiatric evaluation by defendant's expert so that he will be in a position to form his own well-informed opinion and address Ms. Hunt's assessment at trial. Also, I will seek an order for a physical IME so that defendant's rheumatologist can render an opinion as to the scope of plaintiff's damages.

　　　　Given that the deadline for expert disclosure is August 1, 2008, I will also seek an order shortening the time for the Court to hear the motion or, in the alternative, for a brief extension of the expert discovery deadline for the limited purpose of allowing defendant's experts to conduct the IMEs and complete their reports.

　　　　After the mediation session, you stated that plaintiff would not submit to an IME, and when we discussed the issue of IMEs before the May 13, 2008, case management conference, you again stated that you would not consent to an IME. As you know, I am obligated under the Federal and Local Civil Rules to contact you and inquire as to whether we can resolve this discovery dispute without Court intervention. Please contact me at 415-436-7314. I will be in the office for the rest of the day and tomorrow.

June 16, 2008
Page Two

    I look forward to discussing this issue with you. However, because time is of the essence, if I do not hear from you by the close of business on Tuesday, June 17, 2008, I will proceed with filing the motions.

                         Very truly yours,

                         JOSEPH P. RUSSONIELLO
                         United States Attorney

By: *[signature]*
        ELLEN M. FITZGERALD
        Assistant United States Attorney

## Message Confirmation Report

JUN-16-2008 04:13 PM MON

```
                          Xerox FaxCentre 2218
                          Machine Fax ID      :  US ATTORNEY
                          Serial Number       :  CBC458357.......
                          Fax Number          :  4154366748

Name/Number    :  99566342
Page           :  3
Start Time     :  JUN-16-2008 04:12PM MON
Elapsed Time   :  00' 22"
Mode           :  STD ECM
Results        :       O.K
```



U.S. Department of Justice
United States Attorney
Northern District of California
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102
Telephone Number: 415/436-7200
Fax Number: 415/436-7234



| To | Michael S. Sorgen<br>Law Offices of Michael S. Sorgen<br>Ph:  Fax : 415-956-6342 | To | |
|----|----|----|----|
| To | | To | |

| From | Stefania, Legal Assistant<br>for<br>Ellen M. FitzGerald, AUSA | | |
|------|----|----|----|
| Phone | (415) 436-6786 | Fax | (415) 436-6748 |

Date:  June 16, 2008            Page(s): [ ] including cover

Re:  *Morales v. Chao*
     C 07-3807 EDL

ATTACHMENT:
- Correspondence dtd today.

MESSAGE:

**CONFIDENTIAL U.S. ATTORNEY FACSIMILE COMMUNICATION**
The information contained in this facsimile message, and any and all accompanying documents constitutes confidential information. This information is the property of the U.S. Attorney's Office. If you are not the intended recipient of this information, any disclosure, copying, distribution, or the taking of any action in reliance on this information is strictly prohibited. If you received this message in error, please notify us immediately at the above number to make arrangements for its return to us.