JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
ELLEN M. FITZGERALD (NY 2408805)
Assistant United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102-3495
Tel: (415) 436-7314
Fax: (415) 436-6748
E-mail: ellen.fitzgerald@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FRANCISCA MORALEZ,<br><br>         Plaintiff,<br><br>v.<br><br>ELAINE CHAO, SECRETARY OF THE U.S. DEPARTMENT OF LABOR; U.S. DEPARTMENT OF LABOR EMPLOYMENT STANDARDS ADMINISTRATION<br><br>         Defendants. | Case No. C 07-3807 EDL<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO COMPEL INDEPENDENT EXAMINATIONS OF PLAINTIFF** |

Before the Court is defendants' motion, pursuant to Fed. R. Civ. P. 35, to compel plaintiff to submit to independent physical and mental examinations. Having found that plaintiff's physical and mental conditions are in controversy and that defendants have met their burden of showing good cause to justify the examinations, the Court GRANTS defendants' motion to compel. Plaintiff is hereby directed to submit to examinations by defendants' experts on or before August 15, 2008. Defendants are to provide plaintiff with the contact information for the

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO COMPEL INDEPENDENT MEDICAL EXAMINATIONS OF PLAINTIFF
C 07-3807 EDL

1  designated experts.  The experts are authorized to conduct thorough examinations.  Defendants'
2  expert psychiatrist is authorized to conduct psychological testing.  Plaintiff will attend the
3  examinations by herself.

IT IS SO ORDERED.

Dated: July __, 2008

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO COMPEL INDEPENDENT MEDICAL EXAMINATIONS OF PLAINTIFF
C 07-3807 EDL                                        2