JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
ELLEN M. FITZGERALD (NY 2408805)
Assistant United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102-3495
Tel: (415) 436-7314
Fax: (415) 436-6748
E-mail: ellen.fitzgerald@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FRANCISCA MORALEZ,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ELAINE CHAO, SECRETARY OF THE U.S. DEPARTMENT OF LABOR; U.S. DEPARTMENT OF LABOR EMPLOYMENT STANDARDS ADMINISTRATION<br><br>　　　　Defendant. | Case No. C 07-3807 EDL<br><br>**STIPULATION AND JOINT MOTION TO EXTEND DEADLINE FOR EXPERT DISCOVERY** |

　　　　Subject to this Court's approval, plaintiff, Francisca Moralez, and defendants, Elaine Chao, Secretary of the U.S. Department of Labor, and the U.S. Department of Labor Employment Standards Administration ("defendants"), hereby stipulate and agree to continue the deadlines for completion of expert discovery.

　　　　This is an action for alleged disability discrimination in violation of the Rehabilitation Act of 1973, 29 U.S.C. § 701 et seq. By her complaint, plaintiff maintains that defendants failed to provide her with reasonable accommodation and, as a result, her rheumatoid arthritis became so painful that she was forced to retire on disability. Plaintiff is seeking damages for alleged emotional distress and economic losses.

1   On or about June 12, 2008, plaintiff's counsel advised that he will designate plaintiff's therapist, Gail Hunt, as an expert witness. On or about June 18, 2008, plaintiff's counsel further advised that he will designate plaintiff's treating physician, Marcey Shapiro, M.D., as an expert witness. The parties met and conferred with respect to the issue of independent medical examinations ("IMEs") of plaintiff but they were unable to reach agreement. As a result, on or about June 24, 2008, defendants sought the Court's intervention and moved to compel the IMEs.

Under the circumstances, with defendants' motion to compel before the Court, the parties jointly request extensions of the deadlines for completion of expert discovery. The extensions are necessary because of the exigencies of defense counsel's caseload. Mindful of the Court's current deadline of August 1, 2008, for designation of experts, defense counsel intended to move for an order shortening the time for defendants' motion to compel to be heard. Defense counsel, however, is scheduled to be out of the office on official travel from July 8 to July 15, 2008. Defense counsel also has a deposition in San Diego on July 21, 2008. Thus, the first available hearing date for both parties was Tuesday, July 29, 2008.

The parties therefore jointly request that the Court extend the August 1, 2008, deadline for the designation of experts until September 5, 2008. This extension will allow defendants' experts sufficient time to conduct the IMEs, compile and analyze the results of any psychological testing and complete their expert reports before the designation deadline. The parties also request that the Court extend the deadline for rebuttal expert disclosures from August 16, 2008 to September 19, 2008, and extend the close of expert discovery from August 22, 2008 to September 26, 2008. The parties agree that the hearing date for dispositive motions is October 7, 2008, as currently scheduled.

//
//
//
//
//
//

STIPULATION AND JOINT MOTION TO EXTEND DEADLINE FOR DESIGNATION OF EXPERTS
Case No. C 07-3807 EDL                 2

**IT IS SO STIPULATED.**

Dated: June 25, 2008

                                        Respectfully submitted,

                                        LAW OFFICES OF
                                        MICHAEL S. SORGEN

By:         /s/
              MICHAEL S. SORGEN
              Attorney for Plaintiff

Dated: June 25, 2008

                                        JOSEPH P. RUSSONIELLO
                                        United States Attorney

By:         /s/
              ELLEN M. FITZGERALD
              Assistant United States Attorney
              Attorney for Defendants

**APPROVED AND SO ORDERED.**

    The Court hereby extends the deadline for designation of experts until September 5, 2008. The deadline for rebuttal experts is extended until September 19, 2008. Close of expert discovery is September 26, 2008. All other dates remain the same.

DATED: _____                                       _____
                                                                                 HON. ELIZABETH LAPORTE
                                                                                  United States Magistrate Judge