1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  ELLEN M. FITZGERALD (NY 2408805)
   Assistant United States Attorney
4  450 Golden Gate Avenue, Box 36055
   San Francisco, CA 94102-3495
5  Tel: (415) 436-7314
   Fax: (415) 436-6748
6  E-mail: ellen.fitzgerald@usdoj.gov

7  Attorneys for Defendants

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO DIVISION

11 | FRANCISCA MORALEZ,              )
12 |                                 )   Case No. C 07-3807 EDL
   |            Plaintiff,           )
13 |                                 )
   |                                 )   **STIPULATION AND JOINT MOTION**
14 | v.                              )   **TO EXTEND DEADLINE FOR**
   |                                 )   **EXPERT DISCOVERY**
15 | ELAINE CHAO, SECRETARY OF THE   )
   | U.S. DEPARTMENT OF LABOR; U.S.  )
16 | DEPARTMENT OF LABOR             )
   | EMPLOYMENT STANDARDS            )
17 | ADMINISTRATION                  )
   |                                 )
18 |            Defendant.           )
19 |_____)

20         Subject to this Court's approval, plaintiff, Francisca Moralez, and defendants, Elaine

21 Chao, Secretary of the U.S. Department of Labor, and the U.S. Department of Labor

22 Employment Standards Administration ("defendants"), hereby stipulate and agree to continue

23 the deadlines for completion of expert discovery.

24         This is an action for alleged disability discrimination in violation of the Rehabilitation

25 Act of 1973, 29 U.S.C. § 701 et seq. By her complaint, plaintiff maintains that defendants failed

26 to provide her with reasonable accommodation and, as a result, her rheumatoid arthritis became

27 so painful that she was forced to retire on disability. Plaintiff is seeking damages for alleged

28 emotional distress and economic losses.

1    On or about June 12, 2008, plaintiff's counsel advised that he will designate plaintiff's therapist, Gail Hunt, as an expert witness.  On or about June 18, 2008, plaintiff's counsel further advised that he will designate plaintiff's treating physician, Marcey Shapiro, M.D., as an expert witness.  The parties met and conferred with respect to the issue of independent medical examinations ("IMEs") of plaintiff but they were unable to reach agreement.  As a result, on or about June 24, 2008, defendants sought the Court's intervention and moved to compel the IMEs.

Under the circumstances, with defendants' motion to compel before the Court, the parties jointly request extensions of the deadlines for completion of expert discovery.  The extensions are necessary because of the exigencies of defense counsel's caseload.  Mindful of the Court's current deadline of August 1, 2008, for designation of experts, defense counsel intended to move for an order shortening the time for defendants' motion to compel to be heard.  Defense counsel, however, is scheduled to be out of the office on official travel from July 8 to July 15, 2008.  Defense counsel also has a deposition in San Diego on July 21, 2008.  Thus, the first available hearing date for both parties was Tuesday, July 29, 2008.

The parties therefore jointly request that the Court extend the August 1, 2008, deadline for the designation of experts until September 5, 2008.  This extension will allow defendants' experts sufficient time to conduct the IMEs, compile and analyze the results of any psychological testing and complete their expert reports before the designation deadline.  The parties also request that the Court extend the deadline for rebuttal expert disclosures from August 16, 2008 to September 19, 2008, and extend the close of expert discovery from August 22, 2008 to September 26, 2008.  The parties agree that the hearing date for dispositive motions is October 7, 2008, as currently scheduled.

//
//
//
//
//
//
//

**IT IS SO STIPULATED.**

Dated: June 25, 2008

                                    Respectfully submitted,

                                    LAW OFFICES OF
                                    MICHAEL S. SORGEN

By:        /s/
                     MICHAEL S. SORGEN
                     Attorney for Plaintiff

Dated: June 25, 2008

                                    JOSEPH P. RUSSONIELLO
                                    United States Attorney

By:        /s/
                     ELLEN M. FITZGERALD
                     Assistant United States Attorney
                     Attorney for Defendants

**APPROVED AND SO ORDERED.**

The Court hereby extends the deadline for designation of experts until September 5, 2008. The deadline for rebuttal experts is extended until September 19, 2008. Close of expert discovery is September 26, 2008. All other dates remain the same.

DATED: June 26, 2008

                                    HON. ELIZABETH D. LAPORTE
                                    United States Magistrate Judge

*[Seal: IT IS SO ORDERED / Judge Elizabeth D. Laporte / United States District Court, Northern District of California]*