**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FRANCISCA MORALEZ,

    Plaintiff,

v.

ELAINE L. CHAO, et al.,

    Defendants.
_____/

No. C 07-03807  EDL

CLERK'S NOTICE

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the hearing on Defendants' Motion to Compel Independent Medical Examinations of Plaintiff, document 23, noticed for July 29, 2008 at 9:00 a.m. has been **continued to August 12, 2008 at 9:30 a.m.** before Magistrate Judge Laporte in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco. Plaintiff's opposition shall be filed no later than July 22, 2008 and defendants' reply brief shall be filed no later than July 29, 2008.

Dated: June 27, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____
Lili M. Harrell
Courtroom Deputy