JOSEPH P. RUSSONIELLO (SBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
ELLEN M. FITZGERALD (NY 2408805)
Assistant United States Attorney
ANDREW Y.S. CHENG (CSBN 164613)
Assistant United States Attorney

    450 Golden Gate Avenue, P.O. Box 36055
    San Francisco, California 94102-3495
    Telephone:   (415) 436-6813
    Facsimile:    (415) 436-6748
    Email:       andrew.cheng@usdoj.gov

Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FRANCISCA MORALEZ,<br><br>                Plaintiff,<br><br>    v.<br><br>ELAINE CHAO, Secretary of the U.S. Department of Labor;<br><br>                Defendant. | Case No. C07-3807 EDL<br>**E-FILING CASE**<br><br>**FEDERAL DEFENDANT'S NOTICE OF ASSOCIATION OF COUNSEL** |

      PLEASE TAKE NOTICE THAT THE CLERK is hereby requested to enter the appearance of Andrew Y.S. Cheng as an additional attorney for the Federal Defendant. Ellen M. FitzGerald remains lead trial attorney for the Federal Defendant.

      The Clerk is requested to change the docket sheet and other Court records to reflect that all Orders and communications from the Court in the future continue to include Ellen M.

///

///

///

///

1 | FitzGerald but also include and be directed to:

2 |     Andrew Y.S. Cheng
    Assistant United States Attorney
3 |     450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
4 |     Telephone: (415) 436-6813
    Facsimile: (415) 436-6748
5 |     Email: andrew.cheng@usdoj.gov

                                            Respectfully submitted,

                                            JOSEPH P. RUSSONIELLO

                                            United States Attorney

Dated: June 30, 2008                    _____/s/_____
                                               ANDREW Y.S. CHENG
                                               Assistant United States Attorney