1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  ELLEN M. FITZGERALD (NY 2408805)
   Assistant United States Attorney
4  450 Golden Gate Avenue, Box 36055
   San Francisco, CA 94102-3495
5  Tel:  (415) 436-7314
   Fax: (415) 436-6748
6  E-mail: ellen.fitzgerald@usdoj.gov

7  Attorneys for Defendants

8              UNITED STATES DISTRICT COURT

9           NORTHERN DISTRICT OF CALIFORNIA

10            SAN FRANCISCO DIVISION

11 FRANCISCA MORALEZ,                    )
                                         )   Case No. C 07-3807 EDL
12                                       )
              Plaintiff,                 )
13                                       )   **STIPULATION AND JOINT MOTION
   v.                                    )   TO EXTEND DEADLINE FOR
14                                       )   COMPLETION OF FACT DISCOVERY**
   ELAINE CHAO, SECRETARY OF THE         )
15 U.S. DEPARTMENT OF LABOR; U.S.        )
   DEPARTMENT OF LABOR                   )
16 EMPLOYMENT STANDARDS                  )
   ADMINISTRATION                        )
17                                       )
                                         )
18            Defendant.                 )
   _____ )
19
20         Subject to this Court's approval, plaintiff, Francisca Moralez, and defendants, Elaine

21 Chao, Secretary of the U.S. Department of Labor, and the U.S. Department of Labor

22 Employment Standards Administration ("defendants"), by and through their undersigned

23 counsel, hereby stipulate and agree to continue the deadline for completion of fact discovery

24 from July 18, 2008 until September 18, 2008 to allow defendant additional time to conduct the

25 deposition of Alberto Rocha, plaintiff's former supervisor.

26         The parties have completed all fact discovery except for the deposition of Mr. Rocha.

27 Counsel for defendants made numerous attempts to schedule Mr. Rocha's deposition before the

28 fact discovery deadline but was unable to do so because Mr. Rocha and his counsel were

1  unavailable.  The parties therefore jointly request that the Court extend the July 18, 2008,

2  deadline for the completion of fact discovery until September 18, 2008.  This extension will

3  allow defendant sufficient time to find a date on which to conduct Mr. Rocha's deposition.

4

5  **IT IS SO STIPULATED.**

6

7  Dated: July 18, 2008

8                                                         Respectfully submitted,

9                                                         LAW OFFICES OF
                                                          MICHAEL S. SORGEN
                                               By:
10                                                      _____/s/_____
                                                          MICHAEL S. SORGEN
11                                                        Attorney for Plaintiff

12  Dated: July 18, 2008

13

14                                                        JOSEPH P. RUSSONIELLO
                                                          United States Attorney

15                                             By:      _____/s/_____
                                                          ELLEN M. FITZGERALD
16                                                        Assistant United States Attorney
                                                          Attorney for Defendants

17

18

19  **APPROVED AND SO ORDERED.**

20          The Court hereby extends the deadline for the completion of fact discovery from July 18,

21  2008 to September 18, 2008 to allow the parties time to conduct the deposition of Alberto Rocha.

22  All other dates are to remain the same.

23

24  DATED: _____, 2008

25                                                        _____
                                                          HON. ELIZABETH LAPORTE
                                                          United States Magistrate Judge

26

27

28