JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
ELLEN M. FITZGERALD (NY 2408805)
Assistant United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102-3495
Tel: (415) 436-7314
Fax: (415) 436-6748
E-mail: ellen.fitzgerald@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FRANCISCA MORALEZ,<br><br>    Plaintiff,<br><br>v.<br><br>ELAINE CHAO, SECRETARY OF THE U.S. DEPARTMENT OF LABOR; U.S. DEPARTMENT OF LABOR EMPLOYMENT STANDARDS ADMINISTRATION<br><br>    Defendant. | Case No. C 07-3807 EDL<br><br>**STIPULATION AND JOINT MOTION TO EXTEND DEADLINE FOR COMPLETION OF FACT DISCOVERY** |

    Subject to this Court's approval, plaintiff, Francisca Moralez, and defendants, Elaine Chao, Secretary of the U.S. Department of Labor, and the U.S. Department of Labor Employment Standards Administration ("defendants"), by and through their undersigned counsel, hereby stipulate and agree to continue the deadline for completion of fact discovery from July 18, 2008 until September 18, 2008 to allow defendant additional time to conduct the deposition of Alberto Rocha, plaintiff's former supervisor.

    The parties have completed all fact discovery except for the deposition of Mr. Rocha. Counsel for defendants made numerous attempts to schedule Mr. Rocha's deposition before the fact discovery deadline but was unable to do so because Mr. Rocha and his counsel were

1  unavailable.  The parties therefore jointly request that the Court extend the July 18, 2008,

2  deadline for the completion of fact discovery until September 18, 2008.  This extension will

3  allow defendant sufficient time to find a date on which to conduct Mr. Rocha's deposition.

4

5  **IT IS SO STIPULATED.**

6

7  Dated: July 18, 2008

   Respectfully submitted,

8

9  LAW OFFICES OF
   MICHAEL S. SORGEN

   By:

10  _____/s/_____
    MICHAEL S. SORGEN

11  Attorney for Plaintiff

12

13  Dated: July 18, 2008

14  JOSEPH P. RUSSONIELLO
    United States Attorney

15  By:  _____/s/_____
    ELLEN M. FITZGERALD

16  Assistant United States Attorney
    Attorney for Defendants

17

18

19  **APPROVED AND SO ORDERED.**

20      The Court hereby extends the deadline for the completion of fact discovery from July 18,

21  2008 to September 18, 2008 to allow the parties time to conduct the deposition of Alberto Rocha.

22  All other dates are to remain the same.

> The Court will not grant a continuance of the remaining pretrial dates on the basis that the continuance is needed to accommodate this deposition. If Mr. Rocha's deposition is necessary for summary judgment, the parties should take the deposition sooner.

24  DATED: __July 21__, 2008

25  _____
    HON. ELIZABETH LAPORTE
    United States Magistrate Judge

*IT IS SO ORDERED AS MODIFIED*
/s/ Elizabeth D. Laporte
Judge Elizabeth D. Laporte