UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

**ELIZABETH D. LAPORTE**　　　　　　　　　　　　　　　**Date:** August 12, 2008
**UNITED STATES MAGISTRATE JUDGE**

**Case No:**　　C-07-03807 EDL

**Title:**　　FRANCISCA MORALEZ v. ELAINE L. CHAO

**Attorneys:**　　Plaintiff: Michael Sorgen　　Defendant: Ellen Fitzgerald

**Deputy Clerk:**　　Lili M. Harrell　　**Court Reporter:**　　Kathy Wyatt
(Time: 15 min)

**PROCEEDINGS:**　　　　　　　　　　　　　　　　　　**RULINGS:**

Defendants' Motion to Compel Independent Medical Examination　　Granted in part/Submitted
of Plaintiff　　　　　　　　　　　　　　　　　　　　　　　in part

**ORDERED AFTER HEARING:**

**ORDER TO BE PREPARED BY:**　[ ] Plaintiff　[ ] Defendant　[ ] Court

**Case Continued to:**

Notes: Excerpts of transcript to be provided to the Court as stated at the hearing.

cc: