JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
ELLEN M. FITZGERALD (NY 2408805)
Assistant United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102-3495
Tel: (415) 436-7314
Fax: (415) 436-6748
E-mail: ellen.fitzgerald@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FRANCISCA MORALEZ, <br><br> Plaintiff, <br><br> v. <br><br> ELAINE CHAO, SECRETARY OF THE U.S. DEPARTMENT OF LABOR; U.S. DEPARTMENT OF LABOR EMPLOYMENT STANDARDS ADMINISTRATION <br><br> Defendant. | Case No. C 07-3807 EDL <br><br> **SUPPLEMENTAL DECLARATION OF ELLEN M. FITZGERALD IN FURTHER SUPPORT OF MOTION TO COMPEL INDEPENDENT MENTAL EXAMINATION** |

ELLEN M. FITZGERALD declares as follows pursuant to 28 U.S.C. § 1746:

1. I am an Assistant United States Attorney for the Northern District of California and counsel for defendants, Elaine Chao, Secretary of the U. S. Department of Labor, and the U.S. Department of Labor Employment Standards Administration ("defendants"). I make this declaration, based on personal knowledge, in support of defendants' motion for an order pursuant to Rule 35 of the Federal Rules of Civil Procedure for an order compelling plaintiff to

SUPPLEMENTAL DECLARATION OF ELLEN M. FITZGERALD IN FURTHER SUPPORT OF MOTION TO COMPEL INDEPENDENT MENTAL EXAMINATION
NO. C 07-3807 EDL

1  submit to an independent mental examination.

2      2. Attached hereto as Exhibit A is a true and correct copy of pages 30-33 of the
3  transcript of the deposition of Gail Hunt, L.C.S.W., which I conducted on August 1, 2008 ("Ms.
4  Hunt's deposition.")

5      3. Attached hereto as Exhibit B are true and correct copies of pages 39-41 of the
6  transcript of Ms. Hunt's deposition.

7      4. Attached hereto as Exhibit C are true and correct copies of pages 110-115 of the
8  transcript of Ms. Hunt's deposition.

9      5. Attached hereto as Exhibit D is a true and correct copy of page 10 of the transcript of
10  Ms. Hunt's deposition.

11      I declare under penalty of perjury that the foregoing is true and correct. Executed on
12  August 18, 2008.

13                                                 /s/
                                 ELLEN M. FITZGERALD

14  //
15  //
16  //
17  //
18  //
19  //
20  //
21  //
22  //
23  //
24  //
25  //
26
27  SUPPLEMENTAL DECLARATION OF ELLEN M. FITZGERALD IN FURTHER SUPPORT OF MOTION TO COMPEL INDEPENDENT MENTAL EXAMINATION
28  NO. C 07-3807 EDL                               2