1  consultations with a medical doctor?
2      A.  I never spoke with her doctor.
3      Q.  Okay.  How about notes of consultations with
4  a psychiatrist?
5      A.  I never spoke with a psychiatrist.
6      Q.  About Ms. Moralez?
7      A.  Mm-hmm.
8      Q.  Okay.  Ms. Hunt, you have been Francisca's
9  treating therapist from February '06; is that correct?
10     A.  Yes.
11     Q.  And you're aware that in her lawsuit --
12 that's what brings us here together today -- a lawsuit
13 against the Department of Labor, she's made a claim
14 that she suffered emotional distress.  Is that
15 correct?  You're aware of that?
16     A.  Yes.
17     Q.  Okay.  And have you formed any opinions
18 based'--about Ms. Moralez' allegations of emotional
19 distress?
20     A.  That's very vague.  Can you be more specific?
21     Q.  Yes.  Do you have an opinion as to whether
22 Francisca Moralez suffered emotional distress during
23 the time at which she was employed by the Oakland
24 district office of OFCCP?
25     A.  Yes.

30

1        Q.   What is that opinion?
2        A.   I think she suffered extreme emotional
3    distress.
4        Q.   Do you have any other opinions?
5        A.   About the level of emotional distress?
6    I think it was occasionally very abusive.
7        Q.   All right.  Anything else?  Any other
8    opinions?
9        A.   I -- I mean, I can just elaborate on those,
10   but I think that says it.
11       Q.   All right.  Well, my first question to you
12   is, what are the opinions?  And then I'd like to
13   backtrack and then --
14       A.   Okay.  Ask me why?
15       Q.   Yes, each and every basis for those opinions.
16            So are there any other opinions, other than
17   the fact you said, I believe, she suffered extreme
18   emotional distress?
19       A.   I think there was very poor communication.
20       Q.   Okay.
21       A.   I think she was disregarded.
22       Q.   All right.  Anything else?
23       A.   I think she was disrespected.
24       Q.   Do you have any other opinions?
25       A.   No.

1      Q.   All right.  Why don't we start from the top,
2  then.
3           You said, I believe, that it was -- I think
4  the word you used was "extreme" emotional distress.
5      A.   Mm-hmm.  Mm-hmm.
6      Q.   Tell me why you believe that or how you
7  formed that opinion.  What's the basis of your
8  opinion? I guess is what I'm getting at.
9      A.   Okay.  That's a big question.
10     Q.   Well, we have plenty of time, so take your
11 time.
12     A.   When I first saw Francisca, she was one of
13 the more distressed clients I've seen in 31 years of
14 practice.
15     Q.   Why do you say that?
16     A.   She could barely form a sentence.  It was
17 very difficult for her to give me any kind of coherent
18 picture.  Now, I'm a pretty fast read so I could
19 follow her, but it was very apparent, and I, you know,
20 made a mental note that she was distracted; that she
21 was -- that she was suffering.  She cried through much
22 of the first -- well, the first few sessions.  And she
23 came in because of what was happening at work, which
24 is unusual.  People generally come because of what's
25 happening in relationships.

1    And I don't remember -- it doesn't matter
2 which sessions, you know, but as -- over time, as the
3 story emerged, and it -- you know, it emerged over
4 time, the incidents that she described to me were --
5 were very distressing and her distress was evident.
6 She was very, very, very upset. And when I first saw
7 her, she was suicidal.
8    Q.  Anything else?
9    A.  I think -- I think I've answered the first
10 question.
11    Q.  Okay.  That's -- I'm just wondering if there
12 was anything you would like to add.  Feel free to add
13 later if something occurs to you.  You can stop me.
14    A.  Okay.
15    Q.  You can always give me additional
16 information.
17       All right.  I guess the next thing you
18 mentioned was your opinion that you felt -- I guess
19 it's the work environment -- was that what you were
20 saying? -- she was subjected to was very abusive.
21    A.  Yes, I think it was abusive.  I think it was
22 a hostile work environment.
23    Q.  Tell me why.
24    A.  Well, beginning in 2004, she -- the --
25 a supervisor came on board that was quite abusive.

33