1  this time. And so there was also a lot of fear on
2  Francisca's part. "Am I next?" "Am I going to be
3  fired?" People were calling this female supervisor
4  the hatchet manager. Scuttlebutt was, she had come on
5  board in order to get rid of some of the people,
6  particularly the disabled, the disabled people.
7      Q. Is there anything else you recall that she
8  told you about her work environment that led you to --
9      A. Not at present.
10     Q. I'm just -- may I just --
11     A. I understand.
12     Q. One thing I just wanted to say, it's easiest
13 for the court reporter if I finish my question before
14 you answer. I know it's unnatural, but if we could
15 try to follow that protocol, I think we would all be
16 better off.
17         (Telephone interruption.)
18         MR. SORGEN: I'm sorry.
19 BY MS. FITZGERALD:
20     Q. You also mentioned it was your opinion that
21 Ms. Moralez was disrespected.
22     A. Mm-hmm.
23     Q. Is there anything else you would like to tell
24 me about how you formed that opinion?
25     A. Other than what I've already said, no,

39

1   nothing that comes to mind at present.
2       Q. And other than those opinions you've already
3   expressed, are there any other opinions that come to
4   mind as we sit here today, at this moment?
5       A. Just my experience of sitting with her week
6   after week, of how distressed she was, of how abused
7   she felt, how disregarded she felt, how unimportant
8   she felt, how disrespected she felt. It was very,
9   very painful for her. Very painful for her.
10      Q. How did the pain that she was experiencing
11  manifest itself to you?
12      A. She had -- she was very depressed. It was
13  hard for her to get around at all. She just didn't
14  feel like doing anything. The friends she had been
15  seeing, she wasn't seeing. She described herself as
16  more irritable. She was having a very hard time
17  sleeping. In fact, on the nights when there would be
18  an incident at work that had emotional punch to it,
19  she came home in quite a bit more pain and would find
20  herself awake all night, wrestling with pain.
21      Q. When you say "pain," emotional pain or
22  physical pain?
23      A. Physical pain.
24      Q. I see.
25      A. The arthritis in her knees got much, much

40

1  worse when the stress was increased.
2      Q.  All right.
3      A.  She was losing weight and gaining weight,
4  just her whole diet was thrown off.
5          There were days that she called to say,
6  "I just can't get myself to the office" -- you know,
7  "I just can't get there," and we would have a phone
8  appointment.  But it was just too much for her to get
9  going.
10     Q.  Okay.
11     A.  She was generally exhausted all the time.
12 Was very sad.  She was suffering.
13     Q.  Anything else that comes to mind?
14     A.  No.
15     Q.  Okay.  You mentioned you may have had some
16 phone appointments with Ms. Moralez.
17     A.  Mm-hmm.
18     Q.  Would those be reflected in the notes, if you
19 had taken notes?
20     A.  No.  In fact, generally, if I'm on a phone
21 appointment, I don't even take notes, because it's
22 hard enough for me to be very -- I want to be very
23 present when I'm on the phone, and if I'm doing that
24 and writing as well -- for some reason, it's just much
25 harder for me to take notes.  So if there was a phone

41