```
 1  therein, in that subject heading?  Is there anything
 2  else you wanted to add that's not on there?
 3          MR. SORGEN:  What page are we on?
 4          MS. FITZGERALD:  The first page.
 5          THE WITNESS:  We're on the first page.
 6          No.
 7  BY MS. FITZGERALD:
 8      Q.  All right.  Why don't we start with the first
 9  heading or the first axis, I guess, and that is, you
10  have a diagnosis of stress, acute situational
11  disturbance.
12      A.  Mm-hmm.
13      Q.  What are the diagnostic features of that
14  disorder?
15      A.  This was the hardest part of this summary,
16  was that initial diagnosis.  I really spent a long
17  time on this.  This is akin -- this is -- I never
18  found quite the diagnosis I wanted.  Adjustment
19  disorder was not strong enough.  Adjustment disorder
20  with features of anxiety was not strong enough.
21  Posttraumatic stress disorder, people have a knee-jerk
22  reaction to.
23          In thinking about this later, the -- in order
24  to have an acute -- 308.3 is actually called "acute
25  stress reaction."  I tried to adjust it somewhat by
```

1  talking about "acute situational disturbance."
2          It has many of the same symptoms as
3  posttraumatic stress disorder: flashbacks, inability
4  to concentrate, fatigue.
5          May I reference?
6      Q.  Of course.
7      A.  Okay.
8      Q.  By referencing, you mean the DSM?
9      A.  The DSM-IV.
10     Q.  Sure.
11     A.  So in acute stress disorder, similarly to
12 posttraumatic stress disorder, there is a traumatic
13 event.  And in that traumatic event, the person has
14 extreme fear.  It's a traumatic event they have either
15 witnessed or experienced or confronted for themselves.
16 And that involves intense fear, helplessness, or
17 horror.
18         So that was certainly accurate.
19     Q.  What was the traumatic event that Ms. Moralez
20 had experienced here?
21     A.  I'm calling the traumatic event the -- it's
22 not a singular event in the same way that someone's
23 coming home from Iraq.  It's not a single event.  It's
24 the experience of the hostile work environment and all
25 of what I've discussed prior to this.

1   Q.   And would it be fair to say that was in the
2   hostile work environment that was defined --
3   A.   -- that began in June or April of 2004 or
4   June of 2004 with Sarah Nelson and continued through
5   Trent Williams and until the time that she took the
6   leave, Family Leave Act.
7   Q.   Okay.  And does it continue to date?
8   A.   The trauma itself?  She -- yes, it does,
9   because she's reexperiencing it as the lawsuit goes
10  on.
11  Q.   Okay.  How about the --
12      MR. SORGEN:  Excuse me.  I think I need to
13  consult with Ms. Hunt for a moment.
14      MS. FITZGERALD:  Sure.
15      (Recess taken.)
16      MR. SORGEN:  Thank you.
17      MS. FITZGERALD:  Okay.
18  Q.   Ms. Hunt, you were describing to me why this
19  stress, acute situational disturbance was an
20  appropriate diagnosis.
21  A.   Mm-hmm.
22  Q.   Can you continue in your discussion, please.
23  A.   Yes.  The -- the reason that I chose this
24  over PTSD is because of the improvement.  So in the
25  diagnostic criteria for 308.3, acute stress disorder,

1  the disturbance lasts for a minimum of two days and a
2  maximum of four weeks and occurs within four weeks of
3  the traumatic event.
4        Now, that's not exactly true because it
5  lasted longer than four weeks. But posttraumatic
6  stress disorder continues for a much longer period of
7  time. And because there was improvement in her
8  symptomatology, I chose this, but I phrased it as --
9  I phrased it differently than it's phrased here.
10     Q.  Okay.
11     A.  Acute stress disorder, I've phrased as
12  "stress, acute situational disturbance."
13     Q.  Okay. Is there -- and other than what you've
14  just described, what's the difference between acute
15  stress disorder and acute situational disturbance?
16     A.  What I'm trying to communicate is that the
17  disturbance was situational and was acute as opposed
18  to chronic and was related to this disturbance.
19        So when you ask me about another diagnosis,
20  the only other one that one might add to this is
21  adjustment disorder, because that has to do with a
22  situation. I just didn't feel it was quite strong
23  enough, so I chose --
24     Q.  So you didn't choose adjustment disorder.
25  You didn't use that.

1        A.   Right.

2        Q.   All right.  And I believe you testified --

3   and I don't mean to put words in your mouth.

4             Did Ms. Moralez suffer from PTSD?

5        A.   I think in some ways, yes.  When I first

6   started to see her, yes.  In 2006, yes.

7        Q.   Why do you say that?

8        A.   Because many of her symptoms are similar to

9   people who have suffered from PTSD.  But I didn't feel

10  that she came close enough to give her that diagnosis.

11       Q.   Okay.  How long did you -- how long do you

12  think she experienced or demonstrated to you symptoms

13  of PTSD?  Was it just at that initial interview

14  in '06?

15       A.   Oh, no.  If you look at the testing that I

16  did for her, you'll see what happens.  Let's look at

17  her stress score, which is --

18       Q.   What page are you on?

19       A.   On Page 5.

20            Her stress score is a good indicator of

21  what's happening, both the anxiety and the stress

22  score.  But I find that the stress score is often very

23  helpful.  And sometimes -- well, I'm not going to say

24  anything more.

25            And you can see that her score begins at 38

1  on February 2, which is extremely severe. Continues
2  to be extremely severe through close to the end of
3  March. But by October or by -- excuse me -- by June,
4  there's a major drop, moving her from extremely severe
5  into moderate, bypassing the severe category. And
6  then it continues to drop as we move into '07.
7     Q.  But it's still moderate in '07; is that
8  correct?
9     A.  Yes, but it's certainly -- that's not
10 something that --at that point that you would say that
11 that's symptoms of PTSD.
12    Q.  All right. And this chart that I'm looking
13 at, these are the results of the DASS test?
14    A.  Yes, this is the depression anxiety stress
15 scale. I could say more about it, but I won't.
16    Q.  Well, we are on the subject matter. Since
17 I'm not familiar with the depression anxiety stress
18 scale --
19       MR. SORGEN: Lucky for you.
20       MS. FITZGERALD: I guess so. Perhaps that's
21 a good thing.
22    Q.  Why don't you tell me, Ms. Hunt, about what
23 it is, since it was something -- a tool you used here
24 with Ms. Moralez.
25    A.  Right. I -- the DASS is -- actually

115