```
 1        Q.   Anything else that you looked at?
 2        A.   No.
 3        Q.   Okay.  Did you discuss your testimony here
 4   today with anyone?
 5        A.   No.
 6        Q.   Did you discuss your testimony with
 7   Francisca?
 8        A.   No.
 9        Q.   When was the last time you saw Francisca
10   Moralez?
11        A.   I actually saw her yesterday.
12        Q.   And was that --
13        A.   Is that right?  No, Tuesday.  Today is
14   Friday?  I saw her Tuesday.
15        Q.   What was the purpose of -- or how was it that
16   you came to see her?
17        A.   It was her therapy appointment.
18        Q.   How long do those generally last?
19        A.   Fifty-five minutes.
20        Q.   All right.  How often do you see her
21   currently, in therapy?
22        A.   Once a week.
23        Q.   Okay.  Did you discuss your testimony here
24   today?
25        A.   No.
```

BEHMKE REPORTING & VIDEO SERVICES
(415) 597-5600