Michael S. Sorgen (State Bar No. 43107)
Joyce Kawahata (State Bar No. 113159)
LAW OFFICES OF MICHAEL S. SORGEN
240 Stockton Street, 9th Floor
San Francisco, CA 94108
Telephone:    (415) 956-1360
Facsimile:    (415) 956-6342

Attorney for Plaintiff
FRANCISCA MORALEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCA MORALEZ,<br><br>          Plaintiff,<br>     vs.<br><br>ELAINE L. CHAO, SECRETARY OF THE U.S. DEPARTMENT OF LABOR; U.S. DEPARTMENT OF LABOR, EMPLOYMENT STANDARDS ADMINISTRATION<br><br>          Defendants. | Case No.: C 07-3807 (EDL)<br><br>**DECLARATION OF MICHAEL S. SORGEN IN SUPPORT OF RECONSIDERATION OF ORDER GRANTING DEFENDANT'S MOTION TO COMPEL MEDICAL EXAMINATIONS**<br><br>Date:<br>Time:<br>Courtroom E – 15th Floor |

I, MICHAEL S. SORGEN, declare and state:

1. I am an attorney licensed to practice law in the State of California and am lead counsel for the plaintiff in the above-entitled matter. I make this Declaration based on my own personal knowledge, and if called upon to do so, could and would competently testify to the contents hereof.

2. I expected after the hearing of August 12 that I would have an opportunity to respond to defendant's supplemental filings. I was surprised to receive the Court's order before I could do so. I then refashioned plaintiff's supplemental filing as a request for reconsideration and filed it as soon as I could.

3. Attached hereto as Exhibit 1 is a true and correct copy of pp. 1 and 5-8 of Gail

Hunt's clinical summary of Francisca Moralez, prepared on March 17, 2008.

    4.    Attached hereto as Exhibit 2 is a true and correct copy of the cover page and pp. 13-14 of Gail Hunt's testimony of August 1, 2008.

    5.    Attached hereto as Exhibit 3 is a true and correct copy of Dr. Marcey Shapiro's CV.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 25TH day of August, 2008 at San Francisco, California.

_____/s/_____

MICHAEL S. SORGEN

Sorgen Declaration in Supp. of Reconsideration of Order Granting D's Mot. to Compel
Case No. C073807 ED