**EXHIBIT 1**

Gail P. Hunt, LCSW, BCD
PSYCHOTHERAPY, CONSULTATION AND ASSESSMENT
BOARD CERTIFIED DIPLOMATE IN CLINICAL SOCIAL WORK

3030 Ashby Avenue . Suite 111
Berkeley, California 94705
PHONE 510-841-3002
FAX: 925-254-3741

CLINICAL SUMMARY
FRANCISCA MORALEZ
March 17, 2008

I. REASON FOR SUMMARY

Ms. Moralez's attorney, Michael Sorgen, Esq., for purposes pertaining to a pending lawsuit, requested a summary of my clinical work with Francisca Moralez.

II. TREATMENT DATES

- Date of First Visit: February 2, 2006
- Frequency of Sessions: Weekly
- Treatment is Ongoing

III. PRESENTING PROBLEM

Francisca presented herself for treatment due to problems she was having at work. A previous male district director and two past female district directors had made things difficult for her and for other disabled workers at her job site. Francisca was under a lot of stress at work and was looking for help dealing with the physical and emotional ramifications of her stress as well as for help in deciding what to do about her job. She had applied for "reasonable accommodation" at work in the form of, one: a motorized wheelchair to use at the office and, two: the ability to work from home. There were no signs that her employer(s) intended to respond positively to this request. Instead, she felt harassed, misunderstood, and frightened. Francisca was quite anxious, depressed and even suicidal at our first meeting.

IV. DSM IV–TR MULTI-AXIAL DIAGNOSIS

| | | |
|---|---|---|
| Axis 1: | 308.3 | Stress, Acute Situational Disturbance |
| | 296.22 | Major Depressive Disorder, Single Episode, Moderate (R/O Severe), w/Atypical Features |
| | V62.2 | Occupational Problem |
| Axis II: | V71.09 | No diagnosis on Axis II |
| Axis III: | 714.0 | Rheumatoid Arthritis |
| Axis IV: | | Occupational Problems |

| RANGE | LEVEL OF DEPRESSION | FRANCISCA | |
|---|---|---|---|
| | | SCORE | DATE |
| 40 + | EXTREME | 42 | 02/02/06 |
| 31 – 40 | SEVERE | 38 | 02/16/06 |
| | | 35 | 03/22/06 |
| | | 33 | 04/24/06 |
| 21 – 30 | MODERATE | 26 | 06/05/06 |
| | | 22 | 11/13/06 |
| | | 24 | 04/09/07 |
| 17 – 20 | BORDERLINE | 20 | 10/08/07 |
| 11 – 16 | MILD | | |
| 0 – 10 | NORMAL | | |

B. DASS–Depression/Anxiety/Stress Scale[8] on 02/02/06, 03/22/06, 06/12/06, and 10/08/07. Results follow:

---

[8] The DASS is a set of three self-report scales designed to measure the negative emotional states of depression, anxiety, and stress. Lovibond, S.H. & Lovibond, P.F., "Manual for the Depression Anxiety Stress Scales," 2nd Ed. Psychological Foundation, Sydney, 1995.

| SCALE FOR: | 1. DEPRESSION | *Francisca Depression Score* | 2. ANXIETY | *Francisca Anxiety Score* | 3. STRESS | *Francisca Stress Score* |
|---|---|---|---|---|---|---|
| INTERPRETATION: ↓ | SCORE RANGE | | SCORE RANGE | | SCORE RANGE | |
| *Normal* | 0 - 9 | | 0 - 7 | | 0 - 14 | |
| *Mild* | 10 -13 | *10/08/07 score: 12* | 8 - 9 | | 15 - 18 | |
| *Moderate* | 14 - 20 | *06/05/06 score: 15* | 10 - 14 | *10/08/07 score: 11* *06/05/06 score: 14* | 19 - 25 | *10/08/07 score: 21* *06/05/06 score: 24* |
| *Severe* | 21 - 27 | *03/22/06 score: 25* | 15 - 19 | | 26 - 33 | |
| *Extremely Severe* | 28+ | *02/02/06 score: 30* | 20+ | *02/02/06 score: 24* *03/22/06 score: 22* | 34+ | *02/02/06 score: 38* *03/22/06 score: 36* |

VIII. DISCUSSION OF RESULTS

As evidenced by the above tables, Francisca entered treatment on February 2, 2006 with extremely high scores on both the Beck and the DASS. Her initial score on the Beck was 42 and the DASS, 30, both in the *Extreme Range* of Depression. People with scores of this type often evidence suicidal thoughts and feelings. Ms. Moralez reported such thoughts, but did not have a plan.

Also on 02/02/2006, the DASS evidences scores in the *Extremely Severe* range on both the Anxiety and Stress Scales. The <u>Anxiety Scale</u> assesses autonomic arousal, skeletal muscle effects, situational anxiety, and subjective experience of anxious affect. The <u>Stress Scale</u> is sensitive to levels of chronic non-specific arousal. It assesses difficulty relaxing, nervous arousal, and being easily upset/agitated, irritable/over-reactive and impatient.[9]

On 02/15/2006, one sees that scores on all of the Scales comes down by several points. This is a common result for people entering psychotherapy. The act of simply doing something about the problem coupled with the experience of being understood, reduces symptoms by some margin. Nevertheless, Ms. Moralez's scores remain in the *Severe* and *Extremely Severe Range* for all measures.

Results on the Beck and DASS on 03/22/06 demonstrate a minor drop, still leaving her in the *Extreme and Severely Extreme* Ranges. Beck testing on 04/24/06 remains in the *Extreme Range* for Depression.

Most significant, however, is the large drop in scores on June 05, 2006. Ms. Moralez took a twelve-week leave of absence from her employment in May 2006. By the first week of June, her scores on all of the Scales dropped considerably. Her score on the Beck dropped by 10 points, moving her into a low score on the *Moderately Depressed* Range. Her scores on the DASS

---

[9] http://www.psy.unsw.edu.au/Groups/Dass/

dropped similarly. The Depression Scale dropped by 7 points, moving her into the *Moderate Range*. Her score on the Anxiety Scale dropped by 8 points, moving her into the *Moderate Range* for Anxiety. Finally, her score on the Stress Scale also dropped by 8 points, moving her into the *Moderate Range* for Stress.

These changes are greater than one can usually expect from psychotherapy alone, particularly when testing done multiple times in the previous four months remained in the same range *(Extreme and Severely Extreme.)* The fact that Ms. Moralez's scores did not drop more than a few points in the first three months of psychotherapy is an indication, in this clinician's experience, that the stressor lays outside of the client's control. Given that the only significant change between April and June of 2006 was the change in employment status, the drop in scores is attributed to that.

Over the course of the next sixteen months, Ms. Moralez's scores continued to drop, albeit less dramatically. However, she moved from the *Moderate* to the *Borderline Range* of Depression on the Beck and into the *Mild Range* for Depression on the DASS. Her scores on the *Anxiety and Stress Scales* dropped as well, putting her on the cusp of mild for Anxiety and Stress.

The slightly higher scores on the *Anxiety* and *Stress Subscales* as compared to *Depression*, which by October 2006, was in the *Borderline Range*, are believed to be due to the lawsuit filed by Ms. Moralez.

IX. DISCUSSION

As previously mentioned, Ms. Moralez entered psychotherapy due to the problems she was experiencing at work. She was under tremendous stress at the time. She experienced the following symptoms:

- suicidal thoughts
- insomnia
- irritability
- poor concentration
- loss of memory
- increased pain
- apathy
- severe anxiety
- severe depression
- loss of interest in activities and friends
- difficulty getting up in the morning
- both increased and decreased appetite

Ms. Moralez's stress level at work had increased dramatically with the arrival of new acting district directors, beginning in 2004 and continuing through 2005. She reported higher than normal discomfort in her joints on days she interacted with these directors. When asked what her pain level was on those days, Ms. Moralez reported that it was sometimes as high as a nine on a scale of 0 to 10, with 10 being the highest.

Once Ms. Moralez left her employment and the stress level declined, her pain level decreased. She now reports a pain level of three to five on most days. Nevertheless, she misses working, including being actively engaged in helping people as well as the collegial atmosphere she enjoyed before 2004. She has plans to volunteer to do pro bono work once her lawsuit is settled.

Striking to this clinician is that in the two years she has been seeing her, Ms. Moralez has never once complained about her rheumatoid arthritis. Despite the sudden onset of arthritis inn 2001, rather late in life, Ms. Moralez appears to have accepted it; she works hard to make the best of her life. Even when she could no longer walk to my office with two canes, Ms. Moralez never complained. In discussions surrounding her physical disability, Ms. Moralez always remains optimistic. She strongly believes that she will overcome her arthritis and works hard to bring about that result (i.e. she exercises several times per week in a nearby pool, eats food that is healthy and nutritious, works hard to maintain a positive attitude, has regular massage appointments and maintains an active personal and social life, to name a few.)

Ms. Moralez is extremely independent and self-sufficient. Having grown up in such a large family, and one that included many hardships, Ms. Moralez learned to survive on her own. As mentioned, she put herself through both college and law school. She has repaid her educational loans. Ms. Moralez does not have a helper of any kind. Although she and her roommate are friendly, they go their separate ways and can go several days without seeing one another. Her roommate works full-time and Ms. Moralez rarely, if ever, asks her roommate for help, preferring to be completely independent.

Ms. Moralez now has an electric power chair and makes the most of it. In fact, she travels from her home in Castro Valley to my office in Berkeley via her electric scooter and BART, traveling over a mile to and from BART, no matter how inclement the weather. She always arrives on time and with a smile on her face. She manages to travel to multiple sites via her chair and BART and thoroughly enjoys her outings. She also maintains a small herb and vegetable garden on the deck of her apartment, reads voraciously, visits friends, and is becoming somewhat of a gourmet cook.

Ms. Moralez actively engages in her psychotherapy, as she does in her life. She reads, listens to tapes, and often brings me new and interesting material she has discovered. Her spiritual life and practice is important to her and she implements parts of a spiritual practice on a regular basis.

Ms. Moralez has overcome multiple, extreme hardship in her life. She is the consummate survivor, however, and will continue to work hard, no matter what life brings her way. She is the antithesis of a victim. Her enthusiasm, intelligence, motivation, and depth of spirit make her an ideal psychotherapy client.

Respectfully submitted:

8

Ms. Moralez has overcome multiple, extreme hardship in her life. She is the consummate survivor, however, and will continue to work hard, no matter what life brings her way. She is the antithesis of a victim. Her enthusiasm, intelligence, motivation, and depth of spirit make her an ideal psychotherapy client.

Respectfully submitted:

Gail P. Hunt, LCSW, BCD

**EXHIBIT 2**

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3    - - - - - - - - - - - - - - - - - - -
 4    FRANCISCA MORALEZ,                  )
 5                    Plaintiff,          )
 6    vs.                                 ) No. C 07 3807 EDL
 7    ELAINE L. CHAO, SECRETARY OF THE    )
 8    U.S. DEPARTMENT OF LABOR; U.S.      )
 9    DEPARTMENT OF LABOR, EMPLOYMENT     )
10    STANDARDS ADMINISTRATION,           )
11                    Defendants.         )
12    - - - - - - - - - - - - - - - - - - -
13
14          DEPOSITION OF GAIL P. HUNT, LCSW, BCD
15                 FRIDAY, AUGUST 1, 2008
16
17
18
19
20
21           BEHMKE REPORTING & VIDEO SERVICES
22        BY:  SANDRA LEHANE, RPR, CSR NO. 7372
23              160 SPEAR STREET, SUITE 300
24            SAN FRANCISCO, CALIFORNIA 94105
25                          (415) 597-5600
```

Exh 2

```
 1        Q.  Did she say anything else --
 2        A.  No.
 3        Q.  -- about her financial situation?
 4        A.  No.
 5        Q.  Did she say anything else related to the
 6   allegations in this lawsuit?
 7        A.  No.
 8        Q.  Okay.  You mentioned you're currently seeing
 9   her once a week.  Is that correct?
10        A.  Mm-hmm.
11        Q.  That has been going on for how long?
12        A.  I saw her for the first time February 2
13   of '06.  There have been breaks in there.  Recently,
14   I've had extended periods of being gone because my
15   mother in Arizona has been having a hard time; I've
16   flown back five times and then I brought my mother
17   back here.  So there's been extended periods where I
18   have been not in my practice of late.  But when I am
19   there, we've been meeting once a week.
20        Q.  So would you say -- let's say in the past
21   year -- I know you said -- you testified that you
22   started to see her in '06.
23        A.  Mm-hmm.
24        Q.  Say, in '08 -- since January '08, how often
25   have you seen her?  How many times have you seen her?
```

```
1        A.   Okay.  Let me see.
2             Approximately 22 times.
3        Q.   Okay.  Since January of '08?
4        A.   Mm-hmm.
5        Q.   How are you able to come up with that figure?
6        A.   Well, I was here in January, February, and
7   March and April.  And so that was 16.  And then May
8   and June were -- I was gone for significant periods.
9   And then in July, we haven't met each week.  So, let's
10  see.  I got -- it's probably 18 to 22.
11       Q.   Okay.
12       A.   I'm, you know, guessing, but it's a pretty
13  good guess.
14       Q.   All right.  And then how about in '07, 2007?
15  How many times?  And was it once a week?
16       A.   Oh, I actually counted this not long ago.
17  I think I saw her 34 times in '06 and -- this is to
18  the best of my recollection -- 20 -- something like 28
19  times in '07.
20       Q.   Okay.  Now, when you mentioned you counted
21  this recently, do you have a calendar that would
22  reflect how many times, or an appointment book?
23       A.   Mm-hmm.
24       Q.   And you have that in your office?
25       A.   I have them in my -- in my office and in my
```

**EXHIBIT 3**

# Marcey Shapiro MD
## 1152 A Solano Avenue
## Albany, California 94706
## 510-525-2200

**EMPLOYMENT:**

| | |
|---|---|
| 12/97- present | Private Practice, Berkeley, CA<br>Includes general family medicine, including holistic health and acupuncture. |
| 1/94 -3/97 | Private Practice, Durham, NC<br>Included general family medicine, including holistic health and acupuncture. |
| 9/92 -7/93 | Person Family Medical Center, Roxboro, North Carolina<br>Included general family medicine, in-patient and outpatient in a rural community. |
| 1/91 -10/91 | El Rio, Bronx, New York<br>Part-time physician for daytime drug and alcohol treatment program |
| 2/91 -6/92 | Riker's Island Health Services<br>On-site weekend and evening care for chronically ill inmates included a 45-bed AIDS ward and a 150 bed general medical ward. |

**RESIDENCY:**

| | |
|---|---|
| 1989 -1992 | Montefiore Medical Center, Bronx, New York<br>Family Practice-Residency |

**EDUCATION:**

| | |
|---|---|
| 1985 -1989 | Medical College of Pennsylvania, M.D. 1989 |
| 1980 -1984 | Temple University Graduate School (studied comparative religions and completed pre-medical course work) |
| 1975 -1976, | University of Texas at Austin Plan II (Honors Program) |
| 1978 -1980 | BA 1980 |
| 1977 -1978 | Hebrew University of Jerusalem |
| 1976-1977 | University of California at San Diego |

**LICENSURE:**   Medical licenses held in the states of California, Florida, and New York

**BOARDS:**   American Academy of Family Practice, July 1992
National Board of Medical Examiners, April 1990