IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCA MORALEZ, | No. C-07-03807 EDL |
| Plaintiff, | **ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION** |
| v. | |
| ELAINE L. CHAO, | |
| Defendant. | |

On August 21, 2008, after receiving excerpts of the Gail Hunt transcript, the Court granted Defendant's Motion to Compel Independent Medical Examinations of Plaintiff. On August 25, 2008, Plaintiff filed a motion for leave to file a motion for reconsideration, stating that she intended to file further information in response to Defendant's filing of the Hunt deposition excerpts. In issuing its ruling, the Court assumed that if Plaintiff intended to respond, she would have filed her response shortly after Defendant filed the deposition excerpts. However, the Court has carefully reviewed the materials submitted by Plaintiff on August 25, 2008, and has concluded that those materials do not change the Court's August 21, 2008 ruling. Accordingly, Plaintiff's Motion for Leave to File a Motion for Reconsideration is denied.

**IT IS SO ORDERED.**

Dated: August 29, 2008

ELIZABETH D. LAPORTE
United States Magistrate Judge