JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
ELLEN M. FITZGERALD (NY 2408805)
Assistant United States Attorney
ANDREW Y. S. CHENG (CSBN 164613)
Assistant United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102-3495
Tel: (415) 436-7314
Fax: (415) 436-6748
E-mail: ellen.fitzgerald@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FRANCISCA MORALEZ,<br><br>          Plaintiff,<br><br>v.<br><br>ELAINE CHAO, SECRETARY OF THE U.S. DEPARTMENT OF LABOR; U.S. DEPARTMENT OF LABOR EMPLOYMENT STANDARDS ADMINISTRATION<br><br>          Defendants. | Case No. C 07-3807 EDL<br><br>**DECLARATION OF ELLEN M. FITZGERALD IN SUPPORT OF DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT** |

ELLEN M. FITZGERALD declares:

1. I am an Assistant United States Attorney for the Northern District of California and counsel for defendants, Elaine Chao, Secretary of the U.S. Department of Labor and the U. S. Department of Labor Employment Standards Administration ("defendants"). I make this declaration, based on personal knowledge and my review of the legal file maintained by the United States Attorney's Office, in support of defendants' motion for an order of partial summary judgment dismissing plaintiff's claim of constructive discharge.

DECLARATION OF ELLEN M. FITZGERALD IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT
C 07-3807 EDL

1  2. Attached hereto as Exhibit A is a true and correct copy of plaintiff's complaint.

2  3. Attached hereto as Exhibit B is a true and correct copy of pages 33:2-4, 38:8-10, 40:1-7, 43:13-16, 80:25-81:8, 89:3-4, 90:24-91:11, 99:7-11, 142:13-16 from the deposition of plaintiff, Francisca Moralez, which I conducted on January 23, 2008 and January 31, 2008. The questions asked and answers given accurately reflect those asked and answered at the deposition.

4. Attached hereto as Exhibit C is a true and correct copy of pages 26:7-10, 34:6-12, 35:25-36:3, 55:14-19, 122:22-123:5 from the deposition of William Smitherman conducted by plaintiff's counsel on January 25, 2008. The questions asked and answers given accurately reflect those asked and answered at the deposition.

Pursuant to Title 28, United States Code, Section 1746, I declare under penalty of perjury that the forgoing is true and correct. Executed on September 2, 2008.

                                    _____/s/_____
                                    ELLEN M. FITZGERALD
                                    Assistant United States Attorney