JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
ELLEN M. FITZGERALD (NY 2408805)
Assistant United States Attorney
ANDREW Y. S. CHENG (CSBN 164613)
Assistant United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102-3495
Tel: (415) 436-7314
Fax: (415) 436-6748
E-mail: ellen.fitzgerald@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FRANCISCA MORALEZ, <br><br> Plaintiff, <br> v. <br><br> ELAINE CHAO, SECRETARY OF THE U.S. DEPARTMENT OF LABOR; U.S. DEPARTMENT OF LABOR EMPLOYMENT STANDARDS ADMINISTRATION <br><br> Defendants. | Case No. C 07-3807 EDL <br><br> **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT** <br><br> Date: October 7, 2008 <br> Time: 9:00 a.m. <br> Courtroom: E–15th Floor |

This action having come regularly on for hearing before the Court on the motion of defendants for partial summary judgment, and the respective parties having been afforded an opportunity to be heard, the Court having considered the respective pleadings and the arguments thereon, and the entire matter having been duly submitted after the Court was fully advised thereon,

IT IS HEREBY ORDERED that the defendants' motion for partial summary judgment is GRANTED based on the following reasons:

[PROPOSED] ORDER GRANTING MOTION FOR PARTIAL SUMMARY JUDGMENT,
Case No. C 07-3807 EDL

1. The constructive discharge claim fails as a matter of law because Ms. Moralez's working conditions did not deteriorate to the point that they were extraordinary or egregious. Brooks v. City of San Mateo, 229 F.3d 917, 930 (9th Cir. 2000).

2. Ms. Moralez's constructive discharge claim consists of a single, isolated instance of alleged discrimination; and as a matter of law, this cannot support her claim for constructive discharge. Watson v. Nationwide Ins. Co., 823 F.2d 360, 361 (9th Cir. 1987); Satterwhite v. Smith, 744 F.2d 1380, 1381-1382.

3. Taking the facts in the light most favorable towards plaintiff, it is undisputed that defendants accommodated plaintiff's disability on multiple occasions.

DATED:_____         _____
                                    ELIZABETH D. LAPORTE
                                    U.S. MAGISTRATE JUDGE