```
1  JOSEPH P. RUSSONIELLO (SBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  ELLEN M. FITZGERALD (NY 2408805)
   Assistant United States Attorney
4  ANDREW Y.S. CHENG (CSBN 164613)
   Assistant United States Attorney
5

6      450 Golden Gate Avenue, P.O. Box 36055
       San Francisco, California 94102-3495
7      Telephone:    (415) 436-6813
       Facsimile:    (415) 436-6748
8      Email:        andrew.cheng@usdoj.gov

9  Attorneys for Federal Defendant
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FRANCISCA MORALEZ, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ELAINE CHAO, Secretary of the U.S. ) <br> Department of Labor; ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | Case No. C07-3807 EDL <br> **E-FILING CASE** <br><br> **STIPULATION AND [PROPOSED] ORDER REFERRING CASE TO MANDATORY SETTLEMENT CONFERENCE WITH MAGISTRATE JUDGE MARIA-ELENA JAMES OR MAGISTRATE JUDGE EDWARD CHEN** |

This case is set for a jury trial on December 8, 2008. The parties, by and through their respective attorneys, hereby stipulate to having the case referred to either Magistrate Judge Maria-Elena James or Magistrate Judge Edward Chen for settlement conference at a mutually agreeable date for the parties. The parties request that the case be referred to whoever is available first and preferably before the hearing on the motion for partial summary judgment on October 7, 2008.

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: September 3, 2008

_____/s/_____
ANDREW Y.S. CHENG
ELLEN M. FITZGERALD
Assistant United States Attorney

Dated: September 3, 2008                    _____/s/_____
                                            MICHAEL SORGEN
                                            Attorney for Plaintiff

### ORDER

The Court, having considered the stipulation of the parties, orders the case to be referred to either Magistrate Judge Maria-Elena James or Magistrate Judge Edward Chen for a mandatory settlement conference to be held preferably before October 7, 2008, or alternatively, the first available date of either judge.

**IT IS SO ORDERED.**

Dated: _____                      _____
                                            ELIZABETH D. LAPORTE
                                            United States Magistrate Judge