**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FRANCISCA MORALEZ

    Plaintiff,

    v.

ELAINE L. CHAO, et al.,

    Defendants.
_____/

No. C07-03807 EDL

CLERK'S NOTICE

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the hearing on Defendant's Motion for Partial Summary Judgment noticed for October 7, 2008 has been **rescheduled for October 10, 2008 at 2:00 p.m.** before Magistrate Judge Laporte in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco. Opposition shall be filed no later than September 16, 2008 and reply shall be filed no later than September 23, 2008.

Dated: September 3, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____
Lili M. Harrell
Courtroom Deputy