JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
ELLEN M. FITZGERALD (NY 2408805)
Assistant United States Attorney
ANDREW Y. S. CHENG
Deputy Chief, Civil Division
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102-3495
Tel: (415) 436-7314
Fax: (415) 436-6748
E-mail: ellen.fitzgerald@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FRANCISCA MORALEZ,<br><br>    Plaintiff,<br><br>v.<br><br>ELAINE CHAO, SECRETARY OF THE U.S. DEPARTMENT OF LABOR; U.S. DEPARTMENT OF LABOR EMPLOYMENT STANDARDS ADMINISTRATION<br><br>    Defendant. | Case No. C 07-3807 EDL<br><br>**STIPULATION AND JOINT MOTION TO EXTEND DEADLINES FOR EXPERT DISCOVERY; [PROPOSED] ORDER** |

    In accordance with Rule 6-2 of the Local Civil Rules for the Northern District of California, and subject to this Court's approval, plaintiff, Francisca Moralez, and defendants, Elaine Chao, Secretary of the U.S. Department of Labor, and the U.S. Department of Labor Employment Standards Administration ("defendants"), hereby stipulate and agree to extend the deadlines for completion of expert discovery. This request will cause no change to the trial date or the pretrial conference date.

    1. This is an action for alleged disability discrimination in violation of the Rehabilitation Act of 1973, 29 U.S.C. § 701 et seq. By her complaint, plaintiff alleges that defendants failed to

STIPULATION AND JOINT MOTION TO EXTEND DEADLINES FOR EXPERT DISCOVERY
Case No. C 07-3807 EDL

1 provide her with reasonable accommodation and, as a result, the conditions of her employment
2 became so difficult that she was forced to retire on a disability pension. Plaintiff is seeking
3 damages for alleged emotional distress and economic losses.

4     2. Fact discovery, with the exception of the deposition of Alberto Rocha, plaintiff's
5 former supervisor, was completed on July 18, 2008. The Court granted the parties' request to
6 extend fact discovery for the sole purpose of taking Mr. Rocha's deposition. Defendants have
7 noticed Mr. Rocha's deposition for September 11, 2008.

8     3. The parties participated in court-ordered mediation on March 25, 2008 and August 5,
9 2008. While the parties were unable to reach a settlement, they were able to make significant
10 progress toward a resolution of this matter.

11     4. After the August 5, 2008 mediation, defendants requested that plaintiff stipulate to the
12 assignment of this case to a Magistrate Judge for a settlement conference. Plaintiff is
13 considering defendants' request.

14     5. The parties are currently required to designate experts on September 5, 2008.
15 Rebuttal experts are to be disclosed on September 19, 2008. Expert discovery is set to close on
16 September 26, 2008.

17     6. In preparation for her expert disclosure, plaintiff will incur substantial costs.

18     7. The parties are currently engaged in ongoing settlement discussions. It is very likely
19 that the parties will agree to a settlement conference with a Magistrate Judge. The requested
20 extension will allow the parties to continue to attempt to settle this case, without plaintiff
21 incurring the costs of expert discovery.

22     8. Also, by order dated August 29, 2008, this Court granted defendants' motion to
23 compel plaintiff to submit to independent mental and physical examinations.

24     9. The requested extension will give defendants' experts sufficient time to schedule their
25 examinations and complete their written reports.

26     10. This extension will cause no change to the deadline for filing dispositive motions,
27 the pre-trial conference date or the trial date. This is the second request for an extension of this
28 deadline.

11. Therefore, the parties jointly request that the Court extend the dates for expert disclosure and the cut-off of expert discovery as follows:

      Initial Expert Designation:    September 26, 2008

      Rebuttal Expert Designation:   October 10, 2008

      Expert Discovery Cut-off:    October 17, 2008

**IT IS SO STIPULATED.**

Dated: September 1, 2008

      Respectfully submitted,

      LAW OFFICES OF
      MICHAEL S. SORGEN

By:    /s/
      MICHAEL S. SORGEN
      Attorney for Plaintiff

Dated: September 1, 2008

      JOSEPH P. RUSSONIELLO
      United States Attorney

By:    /s/
      ELLEN M. FITZGERALD
      Assistant United States Attorney
      Attorney for Defendants

**APPROVED AND SO ORDERED.**

The Court hereby extends the deadline for designation of experts until September 26, 2008. The deadline for rebuttal experts is extended until October 10, 2008. Close of expert discovery is October 17, 2008. All other dates remain the same.

DATED: _9/3/2008___

      HON. ELIZABETH LAPORTE
      United States Magistrate

*IT IS SO ORDERED*
*Elizabeth D. Laporte*
*Judge Elizabeth D. Laporte*