1  JOSEPH P. RUSSONIELLO (SBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  ELLEN M. FITZGERALD (NY 2408805)
   Assistant United States Attorney
4  ANDREW Y.S. CHENG (CSBN 164613)
   Assistant United States Attorney

6  450 Golden Gate Avenue, P.O. Box 36055
   San Francisco, California 94102-3495
7  Telephone:    (415) 436-6813
   Facsimile:    (415) 436-6748
8  Email:        andrew.cheng@usdoj.gov

9  Attorneys for Federal Defendant

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                    SAN FRANCISCO DIVISION

13  FRANCISCA MORALEZ,              )   Case No. C07-3807 EDL
                                    )   **E-FILING CASE**
14                  Plaintiff,      )
                                    )   **STIPULATION AND [PROPOSED]**
15          v.                      )   **ORDER REFERRING CASE TO**
                                    )   **MANDATORY SETTLEMENT**
16  ELAINE CHAO, Secretary of the U.S. )  **CONFERENCE WITH MAGISTRATE**
    Department of Labor;            )   **JUDGE MARIA-ELENA JAMES OR**
17                                  )   **MAGISTRATE JUDGE EDWARD**
                    Defendant.      )   **CHEN**
18                                  )
    _____)
19

        This case is set for a jury trial on December 8, 2008. The parties, by and through their

respective attorneys, hereby stipulate to having the case referred to either Magistrate Judge

Maria-Elena James or Magistrate Judge Edward Chen for settlement conference at a mutually

agreeable date for the parties. The parties request that the case be referred to whoever is

available first and preferably before the hearing on the motion for partial summary judgment on

October 7, 2008.

                                            JOSEPH P. RUSSONIELLO
                                            United States Attorney

Dated: September 3, 2008

                                            _____/s/_____
                                            ANDREW Y.S. CHENG
                                            ELLEN M. FITZGERALD
                                            Assistant United States Attorney

1
2
3   Dated: September 3, 2008                    _____/s/_____
4                                               MICHAEL SORGEN
5                                               Attorney for Plaintiff
6
7                                    **ORDER**
8       The Court, having considered the stipulation of the parties, orders the case to be
9   referred to either Magistrate Judge Maria-Elena James or Magistrate Judge Edward Chen
10  for a mandatory settlement conference to be held preferably before October 7, 2008, or
11  alternatively, the first available date of either judge.
12      **IT IS SO ORDERED.**
13
14
15  Dated: __September 3, 2008__              _____
16
17  
18
19
20

STIPULATION AND ~~PROPOSED~~ ORDER REFERRING CASE FOR MANDATORY SETTLEMENT CONFERENCE, C07-3807 EDL                2