Michael S. Sorgen (State Bar No. 43107)
Joyce Kawahata (State Bar No. 113159)
LAW OFFICES OF MICHAEL S. SORGEN
240 Stockton Street, 9th Floor
San Francisco, CA 94108
Telephone:   (415) 956-1360
Facsimile:   (415) 956-6342

Attorney for Plaintiff
FRANCISCA MORALEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCA MORALEZ,<br><br>    Plaintiff,<br><br>vs.<br><br>ELAINE L. CHAO, SECRETARY OF THE U.S. DEPARTMENT OF LABOR; U.S. DEPARTMENT OF LABOR, EMPLOYMENT STANDARDS ADMINISTRATION<br><br>    Defendants. | Case No.: C 07-3807 (EDL)<br><br>**DECLARATION OF MICHAEL SORGEN IN OPPOSITION TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date: October 10, 2008<br>Time: 2 p.m.<br>Courtroom: E, 15th Floor |

I, MICHAEL SORGEN, declare and state:

1.  I am an attorney licensed to practice law in the State of California and am lead counsel of record for the plaintiff in the above-entitled matter. I make this Declaration based on my own personal knowledge, and if called upon to do so, could and would competently testify to the contents hereof.

2.  Attached hereto as Exhibit 1 is a true and correct copy of a series of email messages exchanged from March 30 to April 1, 2005 among defendant's managers, immediately after and in response to Francisca Moralez's March 28, 2005 request for reasonable accommodation, including a motorized scooter and "flexi place".

3.  Attached hereto as Exhibit 2 is a true and correct copy of the cover page and pages 10-15, 25-26, 29-30, 33-35, 40, 48-51, 58-60, 62-64, 73, 76-77, 91-92, 95, 97-100, 106-

1   107, 117-120, and 134-135 of the deposition of William Smitherman taken on January 25, 2008.

2      4. Attached hereto as Exhibit 3 is a true and correct copy of Gail Hunt's clinical

3   summary of Francisca Moralez, prepared on March 17, 2008.

4      5. Attached hereto as Exhibit 4 is a true and correct copy of the cover page and

5   pages 30-41, and 118-123 of the deposition of Gail Hunt taken on August 1, 2008.

6     I declare under penalty of perjury under the laws of the state of California that the

7   foregoing is true and correct.  Executed this 15th day of September, 2008 at San Francisco,

8   California.

            _____/s/_____

             MICHAEL S. SORGEN

Declaration of Michael Sorgen in Supp. Of P's Opp. MSJ
Case No. C073807 EDL      2