**EXHIBIT 1**

**U.S. Department of Labor**

Employment Standards Administration
Office of Federal Contract
Compliance Programs
Oakland District Office
1301 Clay Street, Suite 1080 N
Oakland, CA 94612



Hand Delivery

March 10, 2005    *14*

Dr. Alberto Rocha
Assistant District Director
Office of Federal Contract
  Compliance Programs
1301 Clay Street, Ste 1080 North
Oakland, CA  94612

Dear Dr. Rocha:

This letter serves as notice that, as a federal employee, I intend to use medical leave as provided by the Family Medical Leave Act (FMLA). I provide such notice as soon as is practicable given the nature of my serious and chronic health condition. Enclosed you will find a Certification of Health Care Provider form which my doctor has completed as proper documentation that I have a serious health condition, and as such, qualify for medical leave under the Family Medical Leave Act (FMLA).

Please respond within seven (7) business days to this submission. If you have any questions or concerns, you may contact me in person at the Oakland District Office.

Sincerely,

Francisca Moralez
Equal Opportunity Specialist
Steward, AFGE, Local 2391
Oakland District Office

USA00679

**EXHIBIT 2**

U.S. Department of Labor

Employment Standards Administration
Office of Federal Contract
Compliance Programs
Oakland District Office
1301 Clay Street, Suite 1080 N
Oakland, CA 94612



March 28, 2005

William D. Smitherman
Deputy Regional Director
Office of Federal Contract
   Compliance Programs
71 Stevenson Street, Suite 1700
San Francisco, CA 94105

**RECEIVED**

MAR 2 9 2005

USDOL/OFCCP
PACIFIC REGION

Dear Mr. Smitherman:

Given the retaliatory and hostile work environment that I am currently experiencing because of my protected status as a union steward and as an individual with a disability at the Oakland District Office, I have been advised to submit this letter directly to you.

As a federal employee with a disability, I am requesting reasonable accommodation under the Rehabilitation Act of 1973, Section 504. Since I suffer from rheumatoid arthritis, I have difficulty walking, sitting down, raising up from a sitting position, climbing stairs, walking down stairs, and lifting/carrying items over two (2) pounds while at work in the Oakland District Office or while I'm at work onsite at any given company. Any job task that requires any of aforementioned physical movements can be difficult or extremely difficult for me to perform depending on my physical condition on any given day.

An electric scooter would assist me in accomplishing any job task that involves the aforementioned physical actions while in the office or onsite at any given company. Additionally, the ability to work at home for two (2) to three (3) days per week would also assist me in performing the essential functions of my job. I also welcome any ideas you may have for a reasonable accommodation on my behalf.

On July 26, 2000, President Clinton signed Executive Order 13164, which requires each federal agency to establish effective written procedures for processing requests for reasonable accommodation. As of today, and to my knowledge, the Department of Labor has not established such written procedures. However, the Department currently follows the enforcement guidance promulgated by the Equal Employment Opportunity Commission (EEOC) for reasonable accommodation and undue hardship under the Americans with Disabilities Act (ADA). As such, the EEOC has determined that an employer can not ask for medical documentation in response to a request for reasonable accommodation if both the disability and the need for reasonable accommodation are obvious, or the individual has already provided the employer with sufficient information to substantiate that s/he has an ADA disability and needs the reasonable accommodation requested.

PLF'S EXHIBIT 1
WITNESS: SMITHERMAN
REPORTER: CHILDRESS
DATE 1-25-08

USA00728

I believe that it is obvious I have a disability and need reasonable accommodation. Additionally, on March 14, 2005, I provided specific medical documentation to my supervisor, Dr. Alberto Rocha, Assistant District Director. He subsequently provided this documentation to Sarah Nelson, Acting District Director. This documentation was provided to them as evidence that I qualify for medical leave under the Family Medical Leave Act. Please refer to that medical documentation.

Please respond to this request within fifteen (15) business days. I am currently anticipating going onsite for a corporate management review and need an electric scooter to perform this review. Thank you for your consideration in this matter. If you have any questions, please contact me at the Oakland District Office, (510) 637-2938 extension 16.

Sincerely,

*Francisca Moralez*

Francisca Moralez
Equal Opportunity Specialist
Steward, AFGE, Local 2391

Cc:    Kate Dorrell, EEO Manager, ESA
       Roz Itelson, Labor Relations Officer, OASAM

USA00729

**EXHIBIT 3**

Jul-13-05 01:09P

P.01

**U.S. Department of Labor**

Employment Standards Administration
Office of Federal Contract
Compliance Programs
Oakland District Office
1301 Clay Street, Suite 1080 N
Oakland, CA 94612



May 3, 2005

MEMORANDOM TO:    Francisca Moralez
Compliance Officer, Oakland

FROM:    Trent Williams
Acting District Director, Oakland

SUBJECT:    Accommodation Request

This is in response to your letter dated March 28, 2005, requesting a reasonable accommodation. Please be advised that the Agency will make every effort to accommodate your disability in order to assist you in performing your duties as A Compliance Officer.

First, you are correct to note that the Department of Labor follows the enforcement guidance promulgated by the Equal Employment Opportunity Commission (EEOC) for reasonable accommodation. In Question 8 of that Guidance, the EEOC states "[a]n employer cannot ask for documentation when both the disability and the need for reasonable accommodation are obvious." However, it is not obvious the full extent of your limitations nor the need for the specific accommodations you requested.

If you review Question 9 of the EEOC, the EEOC states in response to the question "[i]s an employer required to provide the reasonable accommodation that the individual wants" that "[t]he employer may choose among reasonable accommodations as long as the chosen accommodation is effective."

In your case, you stated you are suffering from rheumatoid arthritis. You have asked for a scooter and the ability to work at home for two (2) to three (3) days per week. The medical documentation you provided does not support your need for a scooter or to work at home. In fact, there is no mention of a scooter or working at home in the medical documentation you provided. The documentation seems to imply only that you would need to be absent intermittently, that at times you may be tardy, depending on the severity of your flares, and that during periods of incapacitation, you could not do any work at all.

Based on the information we have at this point, it is unclear what the nature and extent of your disability is, and how the requested accommodation would assist you in performing the essential functions of your position. Therefore, we will need to send your request for an accommodation to the Public Health Service.

USA00711

Jul-13-05 01:10P                                                                    P.02

In order to begin the PHS review process. please:

1. Complete the attached medical release form authorizing the PHS to review the documentation, and

2. Provide documentation prepared by a licensed medical professional explaining:

   a) the nature, extent, and duration of your disability

   b) how the disability affects your ability to perform the essential functions of your job (or limits your ability to enjoy the benefits and privileges of your employment): and

   c) what accommodation you are requesting and how that requested accommodation will overcome specific limitations placed upon you by your disability.

Costs related to providing this medical documentation are to be borne by you. Please note that your failure to provide this documentation affects my ability to make a determination and could be a legitimate ground for denying your accommodation request. You will be provided a copy of the material sent to PHS and a copy of the assessment PHS provides. If you have questions about the accommodation process that I cannot answer, you may contact interim ESA EEO manager, Pam Gibbs at 202-693-0324.

USA00712

**EXHIBIT 4**



U. S. Department of Labor
Employment Standards Administration
Office of Federal Contract Compliance Programs

From the desk of
**Francisca Moralez**
Equal Opportunity Specialist
September 9, 2005

Bill,

I previously provided you with medical documenta-
tion from my doctor that supported my request for
reasonable accommodation. This medical documenta-
was hand written and dated by my doctor. It was
written on her standard instruction sheet without
her signature.

During our last mediation, you pointed out that th
this medical documentation lacked her signature. I
agreed to provide the same medical documentation
with her signature. Enclosed you will find the
medical information but it has been type written.

Sincerely,

*Francisca Moralez*

Francisca Moralez

(13)
PMD-5

Oakland District Office
1301 Clay Street, Suite 1080N   Oakland, CA 94612
(510) 637-2938, ext. 16    FAX (510) 637-2946
E-mail: moralez.francisca@dol.gov

Exhibit _____E_____
Page 46 of 30 _____ Pages

E₂ 11

USA01404

**EXHIBIT 5**





## Applicant's Statement of Disability

*In Connection With Disability Retirement Under the Civil Service Retirement System or the Federal Employees Retirement System*

*A copy of this completed form must accompany the Supervisor's Statement you give your supervisor(s).*

Form Approved
OMB No. 3206-02

| 1. Name (last, first, middle) | 2. Date of birth (mo./day/yr.) | 3. Social security number |
|---|---|---|
| MORALEZ FRANCISCA, M | | |

4. Fully describe your disease(s) or injury(ies.) We consider only the diseases and/or injuries you discuss in this application.

*SEE Attached "Exhibit A; Question #4"*

5. Describe how your disease(s) or injury(ies) interferes with performance of your duties, your attendance, or your conduct.

*SEE Attached "Exhibit B; Question #5"*

6. Describe any other restrictions of your activities imposed by your disease or injury.

*SEE Attached "Exhibit C; Question #6"*

7a. What accommodations have you requested from your agency?

*I have requested a power wheel chair/motorized scooter. I have requested to work at home 2-3 times per week.*

7b. Has your agency been able to grant your request? (Attach an explanation or any documentation that you have regarding accommodation.)

☐ Yes    ☒ No *SEE Attached "Exhibit D; Question #7b"*

7c. What is your current status with your agency?

☐ In pay status; and working without accommodation.
☐ In pay status; and working with accommodation.
☐ In leave without pay status.
☐ Separated from service.

*If you are currently in a leave without pay status or separated from service, what job(s), if any, have you performed since going into this status. Please explain the physical and/or mental requirements for this (those) job(s).*

*I Am currently on medical leave under FMLA with 2 weeks leave left.*

| 8. Give the approximate date you became disabled for your position (mo./yr.). | 9. Have you been hospitalized for your disease or injury as described in item 4? | 10. Give date of most recent hospitalization. From (mo./yr.) | To (mo./yr.) |
|---|---|---|---|
| MAY/2006: *SEE Attached, Exhibit E; Question #8* | ☐ Yes  ☒ No | N/A | N/A |

11. Notice for FERS and CSRS Offset Applicants ONLY

*Application for disability retirement under FERS or CSRS Offset requires an application for Social Security Disability Benefits. Final processing at OPM cannot be completed without a copy of your Social Security application receipt or award notice.*

| 11a. Have you applied for disability benefits from the Social Security Administration? | 11b. Is the application receipt or award notice attached? |
|---|---|
| ☐ Yes    ☐ No | ☒ Yes *"Exhibit F Question #11b"*    ☐ No |

J-01-385-7215
Office of Personnel Management
(S)FERS Handbook for Personnel and Payroll Offices

3112-101

Standard Form 3112A
December 1998

USA00605

12. List physician(s), (name(s), address(es), and dates of treatment) from whom you plan to request Physician's Statements (SF 3112C). Attach an additional sheet if you wish to list more physicians.

| Name | Address | Date of Treatments |
|---|---|---|
| MARCEY SHAPIRO, M.D. | 1152 A Solano Ave, ALBANY, CA 94706 | ONGOING treatment since January 2001 |
| | | |
| | | |
| | | |
| | | |

13. Applicant's Consent and Certification

I certify that all statements made above are true to the best of my knowledge and belief. I give my permission for the release of information about my service and medical condition(s) (i.e., disease or injury) to authorized agency and OPM officials. I have read and understand all of the information provided in the instructions to this application.

WARNING: Any intentionally false statement in this application or willful misrepresentation relative thereto is a violation of the law punishable by a fine of not more than $10,000 or imprisonment of not more than 5 years, or both. (18 U.S.C. 1001)

Signature *(Do not print)*
*Francisca Moreleny*

Date *(mo./day/yr.)*
05/03/06

Daytime telephone number *(incl. area code)*

### Privacy Act Statement

Solicitation of this information is authorized by the Civil Service Retirement law (Chapter 83, title 5, U.S. Code) and by the Federal Employees' Retirement law (Chapter 84, title 5, U.S. Code). The information you furnish will be used to identify records properly associated with your application for Federal benefits, to obtain additional information if necessary, to determine and allow present or future benefits, and to maintain a uniquely identifiable claim file. The information may be shared and is subject to verification, via paper, electronic media, or through the use of computer matching programs, with national, state, local or other charitable or social security administrative agencies in order to determine benefits under their programs, to obtain information necessary for determination or continuation of benefits under this program, or to report income for tax purposes. It may also be shared and verified, as noted above, with law enforcement agencies when they are investigating a violation or potential violation of the civil or criminal law. Executive Order 9397 (November 22, 1943) authorizes use of the Social Security Number. Furnishing the Social Security Number, as well as other data, is voluntary, but failure to do so may delay or make it impossible for us to determine your eligibility to receive benefits.

### Public Burden Statement

We think this form takes an average 30 minutes per response to complete, including the time for reviewing instructions, getting the needed data, and reviewing the completed form. Send comments regarding our estimate or any other aspect of this form, including suggestions for reducing completion time, to the Office of Personnel Management, Reports and Forms Manager, (3206-0228), Washington, D.C. 20415.

112-101

Reverse of Standard Form 3112A

# EXHIBIT A

**QUESTION NO. 4: Fully describe your disease(s) or injury(ies.) We consider only the diseases and/or injuries you discuss in this application.**

I have <u>Rheumatoid Arthritis</u> (RA) which is an autoimmune disease. This means that my immune system is attacking other parts of my body like my once healthy joints. The attack by my immune system causes inflammation in the lining of my joints which then causes redness, pain, swelling and a hot (or warm) feeling in the lining of a joint, the place where two (2) or more bones come together. This redness, pain, swelling and heat around the joint are called inflammation. The inflammation is painful. My knees are the most affected joints in my case although my fingers, wrists, elbows, shoulders, neck, back, ankles, and feet are also affected. I do not know at this time if any of my internal organs have been affected but I do have very high inflammation throughout my body.

I have <u>Anemia</u> which is a common blood disorder that occurs when the level of healthy red blood cells (RBCs) in the body becomes too low. This can lead to health problems because RBCs contain **hemoglobin**, which carries oxygen to the body's tissues. Hemoglobin is a protein in your red blood cells that carries oxygen from your lungs to the rest of your body. Anemia can cause a variety of complications, including fatigue and stress on bodily organs.

I have <u>Menorrhagia</u> which is best and simply defined as excessive and/or prolonged menstrual bleeding. The menstrual cycle isn't the same for every woman. Normal menstrual flow occurs about every 28 days, lasts four to five days and produces a total blood loss of 60 to 250 milliliters (4 tablespoons to about 1 cup). However my menstrual flow occurs every twenty-six (26) days and lasts at least seven (7) days.

In a normal menstrual cycle, there is a balance between estrogen and progesterone, two hormones in the body. These hormones regulate the buildup of the endometrium (uterine lining of blood and tissue), which is shed each month during menstruation. Menorrhagia can occur because of an imbalance between estrogen and progesterone. As a result of the imbalance, the endometrium keeps building up. When it is eventually shed, there is heavy bleeding.

This mennorhagia in my case contributes to the anemia that I also suffer from and it causes tiredness, shortness of breath, and faintness.

I have Dysmenorrhea (or dysmenorrhoea) which is having cramps or painful menstruation. My menstrual periods are accompanied by sharp continuous pain in the pelvis and lower abdomen. This pain is unrelenting and can lead to complete incapacitation without the use of medication. At the very least it limites my normal activities. I also have uterine fibroids and endometriosis. My uterus is also tipped which also contributes to the dysmenorrhea. Uterine fibroids are also known as leiomyomas, fibromyomas or myomas. Uterine fibroids are benign tumors of muscle and connective tissue that develop within, or are attached to, the uterine wall. They slowly enlarge and become more nodular, frequently intruding into the cavity of the uterus or growing out

1

2

USA00607

beyond the normal boundary of the ute4us.  The fibroid cause pelvic cramping and pain with my periods, increase in urine frequency and heavy menstrual bleeding and severe and sudden pain.

I have endometriosis which is growth of endometrial tissue outside the uterus causing scarring, pain and heavy bleeding.  The tissue may attach itself to the reproductive organs or to other organs in the abdominal cavity. Each month the endometrial tissue inbreeds with the onset of menses. The resultant irritation causes adhesions in the abdominal cavity and in the fallopian tubes.

And lastly I suffer from depression and insomnia.  Depression is a state of sadness or melancholia that is disruptive to my social functioning and/or activities of daily living.  I have insomnia and/or problems with sleeping.  The pain from my rheumatoid arthritis prevents me from sleeping soundly at night.  I am not able to get as much REM sleep as is necessary to my health.

2

USA00608

# EXHIBIT B

**Question No. 5: Describe how your diseases interfere with performance of your duties, your attendance or your conduct.**

# WORK DUTIES:

I am an Equal Opportunity Specialist (EOS), Grade 12, Step 5 with the Office of Federal Contract Compliance Programs (OFCCP). My duty station is at the Oakland District Office (ODO) in Oakland, California. My primary responsibility is to ensure that federal contractors (companies that do business with the Federal Government) are in compliance with applicable equal employment opportunity regulations. I am essentially an investigator.

My work duties are performed at various locations. Most of my work duties are performed at my duty station. However, I also perform work duties at company facilities where I do compliance evaluations, construction reviews and complaint investigations. I also perform work with community based organizations within our geographical area providing them with information regarding the functions of our office.

Work Duties Performed at My Duty Station:

Most of the work I do at my duty station is administrative in nature. I sit at my desk for most of the hours I am there. I work on the computer writing reports, memorandum, letters, investigative plans and other such things. I answer the telephone and talk with contractors, lawyers, and any other individuals involved with my job. I use the fax machine, make copies, mail letters, and print documents, attend meetings, consult with management and co-workers, participate in conference calls, attend staff meetings, do presentations, provide training and attend training sessions. I do analysis of affirmative action plans that are submitted by federal contractors. These affirmative actions plans contain personnel data regarding applicant flow, termination and promotion activity, and compensation data. I prepare investigative plans in preparation for an "onsite visit" for compliance evaluation or complaint investigations. An "onsite visit" is where I go to the company facility and conduct an investigation.

Work Duties Performed at Contractor Facilities for a Compliance Evaluation:

Most of the work I do at Contractor facilities for purposes of a compliance evaluation is also administrative in nature but at this time I have more contact with the contractor that I am evaluating. Usually there is an appointed Human Resources Manager that is my point of contact who provides me with all documents that I will be reviewing while there. Before I begin my "onsite visit," I send the contractor a letter requesting all the data or documents that I will need to be available for me when I arrive.          I usually begin my onsite visit by having an entrance conference where I meet the highest ranking official at the location I am visiting. After this conference, I go on a tour of the facility. Depending on the size of the facility, this tour can be very long. For example, if I am

l

USA00609

reviewing a shipping company located at the Port of Oakland, I will have to walk outside for several blocks inspecting and observing the location of employees.

I typically spend a week doing an onsite visit, although I can spend longer. The remainder of the week is spent analyzing data and interviewing lots of employees and company officials. Interviewing is an extremely stressful work duty because it involves interviewing the employee and typing their responses into a written statement which they will sign at the end of the interview. It requires extensive typing on the lap top and prolonged sitting.

The same work duties I perform at my duty station are performed during this onsite visit. I work on the computer writing reports, memorandum, letters, investigative plans and other such things. I answer the telephone and talk with contractors, lawyers, and any other individuals involved with my job. I use the fax machine, make copies, mail letters, print documents,

<u>Work Duties Performed at Contractor Facilities for a Construction Review:</u>

Most of the work I do at Contractor facilities for purpose of a construction review is also administrative in nature but at this time I have more contact with the contractor that I am evaluating. Usually there is an appointed Office Manager that is my point of contact on the first day who provides me with all documents that I will be reviewing while there. A Construction review is similar to a Compliance Evaluation in that before I begin my "onsite visit," I send the contractor a letter requesting all the data or documents that I will need to be available for me when I arrive.                    However, a construction review is different than a compliance evaluation because it is much shorter usually lasting two (2) days. The first day I spend at the company's main office and I review the documents that have been provided to me. On the second day, I go to a construction site where the company is doing work so I can observe the workers, inspect bathrooms and office trailers and interview employees. A visit to a construction site often requires use of a hard hat and sometimes boots.

The same work duties I perform at my duty station are performed during the first day of the onsite visit. I work on the computer analyzing data and completing spreadsheets and forms. I answer the telephone and talk with contractors, lawyers, and any other individuals involved with my job. I use the fax machine, make copies, mail letters and print documents.

For interviews, I usually use an interview questionnaire that I fill out by hand. I do not use a lap top to perform my interviews at a construction work site.

# Rheumatoid Arthritis:

<u>RA and performance of work duties:</u>

2

USA00610

Due to my RA, I have extreme pain, inflammation and inflexibility in my knees followed by low to extreme pain, inflammation and inflexibility in my fingers, wrists, elbows, ankles, shoulders and back. As a result of this pain, inflammation and inflexibility in these joints, I am substantially limited in my ability walk, stand, bend over, or kneel down. I can not do the walking and standing that is required of my job. I can not walk to the copier, fax machine and printers in the office to do the administrative functions of my job. I can not walk to management's office to discuss work. I can not walk to other fellow co-workers' cubicles to discuss work. I can not walk to contractor work sites to inspect the facility. I can not engage in any work duty that requires walking, standing, bending or kneeling. However, because of these limitations, I do use a manual wheel chair at work. The wheel chair enables me at times to do the above mentioned work duties. However, at times, I can not move my wheel chair because of pain, inflammation and inflexibility in my fingers, wrists, elbows, neck, shoulders and/or back. I also can not transport myself from my wheel chair to any chair or seat in a car because this action causes pain in my wrists, elbows, shoulders, knees and back. Sometimes I can not transport myself from my wheel chair into my desk chair and have to stay seated in my wheel chair which is not ergonomically situated with my desk or any other table and this can cause me more pain in all my affected joints. I also can not access the government cars when I use my wheel chair because there is not enough room for me to roll my wheel chair up to the car and get into it. I also can not lift my wheel chair into the truck or back seat of any government car without potentially causing more injury to myself.

With regard to my use of my wheel chair to accomplish my work duties, I can not carry any additional items that are needed when I go to work sites to do an investigation or visit. In other words, I can not carry a rolling brief case that is needed to carry my case files and other items needed to conduct an investigation. I can not carry my lap top, printer, projector or any other item I may need to conduct appropriate presentations at work sites.

Due to the RA as described above, it is difficult for me to engage in work duties that require that I sit for longer than one (1) hour continuously. If I sit too long, I become too stiff and I then suffer from more pain. Such work duties can include driving a car, riding in a car, sitting in meetings, conducting interviews, writing reports, writing memorandum, writing desk audits, and doing desk work in general.

The RA causes me low to extreme exhaustion and fatigue. As a result, it can be difficult to impossible for me to accomplish the daily work duties required of me at the office work site. It is also difficult to impossible for me to accomplish my duties while I am at a contractor work site conducting an investigation and/or interviews.

The extreme exhaustion and fatigue that I suffer from makes it difficult for me to even get out of bed to come to work. And once I do get ready for work, I have to find a parking place somewhat close to the federal building where I work and then I have to move my wheel chair 2-3 blocks to arrive at my office work site. This requires immense energy on my part and after I do it, I have little energy to move my wheel chair in the

3

USA00611

office. I often have to sit and rest for at least an hour my desk before I can use my wheel chair again.

I have difficulty accomplishing work duties in a timely manner. I don't meet deadlines. I lose reports. I don't remember stuff to do. I suffer from confusion at times and don't know what work project I should begin first.

<u>RA and Attendance:</u>

I feel that I can no longer attend work due to the RA from which I suffer. However, for the past few years I have missed many days from work. In 2003, I used approximately 223 hours of leave due to my illnesses. In 2004, I used approximately 353 hours of leave due to my illnesses. In 2005, I used approximately 380 hours of leave due to my illnesses. I did not calculate the hours I used in 2001-2002 because these records are not available to me at this time. I have not used any leave for vacation purposes because I need it for my illnesses. Further, the number of leave hours that I used has increased as the inability to work at home increased. Management use to let me work at home more but they stopped letting me to that. They said it was because I didn't have enough work to do in order to justify working at home.

<u>RA and Conduct:</u>

The RA affects my conduct and my ability to communicate in a cordial manner. I often feel very angry and impatient. I lose my patience with my co-workers and contractors at times. I sometimes fall asleep in my cubicle because of the exhaustion due to the RA.

# Anemia:

<u>Anemia and performance of work duties:</u>

Due to my RA and anemia which is secondary to the RA, I suffer from extreme fatigue and exhaustion. I therefore lack physical stamina needed to conduct simple work duties such as copying, sitting up at my desk, writing or talking on the phone. I also lack the physical stamina needed to conduct any long or arduous work duties such as attend long meetings (over 45 minutes), conduct interviews, conduct extensive analysis or investigation at the contractor work site or the office work site and any extensive sitting in a car. I have difficulty moving my wheel chair within the office space, to the bathroom, to lunch and upon arrival and departure from my office work site because of my constant exhaustion.

<u>Anemia and Attendance:</u>

I feel that I can no longer attend work due to the anemia and the other illnesses from which I suffer. However, for the past few years I have missed many days from work. In 2003, I used approximately 223 hours of leave due to my illnesses. In 2004, I used

4

USA00612

approximately 353 hours of leave due to my illnesses. In 2005, I used approximately 380 hours of leave due to my illnesses. I have not used any leave for vacation purposes because I need it for my illnesses. I did not calculate the hours I used in 2001-2002 because these records are not available to me at this time. Further, the number of leave hours that I used has increased as the inability to work at home increased. Management use to let me work at home more but they stopped letting me to that. They said it was because I didn't have enough work to do in order to justify working at home.

Anemia and Conduct:

Due to my anemia I am often late for work. I am just tired. I don't listen well. I forget a lot. I am inattentive and listless. I often fall asleep in my cubicle.

# Endometriosis, Dysmenorrhea, Menorrhea and Uterine Fibroids:

Endometriosis, Dysmenorrhea, Menorrhea and Uterine Fibroids and performance of work duties:

These conditions add to my exhaustion, pain, and fatigue in accomplishing daily work duties. I find it difficult to impossible to accomplish office work duties and work duties while conducting an investigation or review at a contractor work site. My menses lasts seven (7) days and my cycle is 26 days long. This means that one week out of a month I am bleeding which adds to my exhaustion and fatigue. Even with the use of medication, it is all I can do to actually sit at my desk during these seven (7) days. I have excessive cramping during this time. The endometriosis adds additional pain before during and after my menses. I also bleed excessively during my menses because of these additional diseases: Endometriosis, Dysmenorrhea, Mennhorragia and Uterine Fibroids.

Endometriosis, Dysmenorrhea, Menorrhea and Uterine Fibroids and Attendance:

I feel that I can no longer attend work due to the endometriosis, dysmenorrheal, menorrhea and uterine fibroids, and the other illnesses from which I suffer. However, for the past few years I have missed many days from work. In 2003, I used approximately 223 hours of leave due to my illnesses. In 2004, I used approximately 353 hours of leave due to my illnesses. In 2005, I used approximately 380 hours of leave due to my illnesses. I have not used any leave for vacation purposes because I need it for my illnesses. I did not calculate the hours I used in 2001-2002 because these records are not available to me at this time. Further, the number of leave hours that I used has increased as the inability to work at home increased. Management use to let me work at home more but they stopped letting me to that. They said it was because I didn't have enough work to do in order to justify working at home.

5

USA00613

# EXHIBIT C

**QUESTION NO. 6: Describe any other restrictions of your activities imposed by your disease or injury.**

My whole life has been impacted by my diseases, especially by the rheumatoid arthritis. I can no longer engage in the activities I use to before I got RA and anemia.

Today, I am restricted in any activity that requires walking, bending, kneeling, prolonged sitting, lifting, carrying, laying down, going up and down steps and standing. The activities that involve these motions are too numerous to write down but here is a short description of some of the activities I am now restricted in doing:

It is difficult for me to do activities required of daily living such as cooking, shopping and daily hygiene. It is difficult to bring in any items from the grocery store, or any store for that matter, inside to my apartment because I can't with a wheel chair and I usually need assistance.

I can not engage in any recreational activities anymore like exercising, swimming and riding bike. I can not go hiking or camping like I use to. I can't go walk on the beach or sit on the beach to read. I use to change my own oil in my car and if I had a flat tire, I would change it myself. I can't do that anymore. I can't just run to the store anymore like I use to. Going and getting a haircut is a chore because it requires energy. It is difficult for me to go places for social events because it is difficult for me to use a wheel chair. I am exhausted most of the time. My ability to reproduce and engage in sexual activity has been substantially restricted. My ability to sleep has been impacted because of stiffness, pain and inflexibility. My ability to fly in an airplane is restricted because of the pressurized cabin that can lead to a flare up of my RA. As a result, I can not go visit my elderly parents or other relatives that live far away. My ability to travel long distances is impacted because I can not sit for long periods of time.

Going anywhere is a challenge. I have to plan how many trips and where I will go on any given day because of the amount of energy I must use and how many times I will have to get myself and my wheel chair in and out of my vehicle. I do not go to church anymore because it is difficult to do the standing and sitting that is necessary. I can no longer kneel or genuflect. I use to attend an annual Sundance ceremony that I am not able to do. I can not participate in other tradition Lakota Sioux religious ceremonies that I use to engage in like the sweat lodge or healing rituals.

I am restricted in taking public transportation and car pool like I use to.

I use to be very athletic. I played softball in the summer. I can not do that anymore. I can not play basketball like I use to anymore.

I move around a lot and I use to move myself from place to place. Now, I have to hire movers to do the work. I can not live in a big house because I can not maintain it. I can

1

USA00614

not clean my own bath tub because I can't kneel down. I need help cleaning my room. I can't vacuum. I can't mow the lawn or garden. I can't stain a fence. I use to own a big house but I had to sell it because I could not maintain it. Where ever I live, it has to be a place without stairs going into it or within it.

2

# EXHIBIT D

**Question No. 7b:**
**Has your agency been able to grant your request? (Attach an**
**explanation or any documentation that you have regarding**
**accommodation.)**

On March 28, 2005, I wrote a letter to William D. Smitherman, Acting
Regional Director and Deputy Regional Director, United States Department
of Labor, Employment Standards Administration, Office of Federal Contract
Compliance Programs, whereby I requested reasonable accommodations
under the Rehabilitation Act of 1973. I told him that I suffer from
Rheumatoid Arthritis. I explained to him that I have difficulty walking,
sitting down, raising up from a sitting position, climbing stairs, walking
downstairs an lifting/carrying items over two (2) pounds while at work in the
Oakland District Office which is my duty station. I requested an "electric
scooter" to assist me in accomplishing any job task that involved the
aforementioned physical actions. I also requested the ability to work at
home 2-3 times per week.

In August 2005, Smitherman told me that the agency was not willing to buy
me an electric scooter and he told me that I could not work at home 2-3
times per week on any permanent type basis as a reasonable
accommodation. He did not give me a reason for denying my requests for
reasonable accommodation.

# EXHIBIT E

**QUESTION NO. 8:  Give the approximate date you became disabled for your position (mo./yr.).**

I realized in May 2006 that I could no longer continue full time employment with my agency due to my medical problems and without the accommodations I requested. Due to the Rheumatoid Arthritis, I started having more problems with my shoulders, arms, wrists and hands.  This has made it impossible for me to physically move my wheelchair and transport myself from my wheelchair to my desk at work or any other chair.  Also, my exhaustion and fatigue has made it impossible for me to stay awake without a rest period during the day in order to do my work.  I requested a reasonable accommodation of an "electric scooter" in March 2005.  For more than a year, I have had to use a manual wheelchair at work which has added extra wear and tear on my arms and back.  This has taken a toll on my body.  I can no longer work.

1

USA00617