**EXHIBIT 1**

Certification of Health Care Provider
(Family and Medical Leave Act of 1993)

**U.S. Department of Labor**
Employment Standards Administration
Wage and Hour Division



| (When completed, this form goes to the employee, *Not to the Department of Labor.*) | OMB No.: 1215-0181<br>Expires: 07/31/07 |

1. Employee's Name

   MORALEZ, Francisca

2. Patient's Name *(If different from employee)*

3. Page 4 describes what is meant by a "**serious health condition**" under the Family and Medical Leave Act. Does the patient's condition[1] qualify under any of the categories described? If so, please check the applicable category.

   (1) ____ (2) ____ (3) ____ (4) ⓪ (5) ____ (6) ____, or None of the above ____

4. Describe the medical facts which support your certification, including a brief statement as to how the medical facts meet the criteria of one of these categories:

   Patient has severe Rheumatoid arthritis with degeneration in knees & feet & shoulders. Some days pain is worse (flares) & it takes her a long time to do ADL's in the am. She requires periodic medical visits for this condition, & episodically, when flaring she may require full or partial days off from work, or she may be late to work 2° to her condition. See addendum →

5. a. State the approximate date the condition commenced, and the probable duration of the condition (and also the probable duration of the patient's present incapacity[2] if different):

   First visit here Oct 2000
   Condition is ongoing & not expected to resolve

   b. Will it be necessary for the employee to work only intermittently or to work on a less than full schedule as a result of the condition (including for treatment described in Item 6 below)? Yes, work intermittently as needed

   If yes, give the probable duration: Ongoing/lifetime

   c. If the condition is a **chronic condition** (condition #4) or pregnancy, state whether the patient is presently incapacitated[2] and the likely duration and frequency of episodes of incapacity[2]:

   Patient is not presently incapacitated, but she has episodes of incapacity which require lateness to work or missed days depending on the severity of her flares. Duration-ongoing. Frequency-varies - may be weekly, or may be just for days/weeks at a time

---

[1] Here and elsewhere on this form, the information sought relates only to the condition for which the employee is taking FMLA leave.

[2] "Incapacity," for purposes of FMLA, is defined to mean inability to work, attend school or perform other regular daily activities due to the serious health condition, treatment therefor, or recovery therefrom.

Form WH-380
Revised December 1999

USA00443

6. a. If additional treatments will be required for the condition, provide an estimate of the probable number of such treatments.

Regular medical follow ups every 4-6 weeks are needed.

If the patient will be absent from work or other daily activities because of treatment on an intermittent or part-time basis, also provide an estimate of the probable number of and interval between such treatments, actual or estimated dates of treatment if known, and period required for recovery if any:

as above

b. If any of these treatments will be provided by another provider of health services (e.g., physical therapist), please state the nature of the treatments:

If worsens may require physical therapy although that is not necessary @ this time.

c. If a regimen of continuing treatment by the patient is required under your supervision, provide a general description of such regimen (e.g., prescription drugs, physical therapy requiring special equipment):

Prescription drugs
Walks with a cane
Dietary modifications

7. a. If medical leave is required for the employee's absence from work because of the employee's own condition (including absences due to pregnancy or a chronic condition), is the employee unable to perform work of any kind?

Does not require ongoing absence @ this time. During periods of incapacitation, she could not do any work.

b. If able to perform some work, is the employee unable to perform any one or more of the essential functions of the employee's job (the employee or the employer should supply you with information about the essential job functions)? If yes, please list the essential functions the employee is unable to perform:

Need to see essential functions of the job to assess the answer to this question

c. If neither a. nor b. applies, is it necessary for the employee to be absent from work for treatment?

May be @ times

8. a. If leave is required to care for a family member of the employee with a serious health condition, does the patient require assistance for basic medical or personal needs or safety, or for transportation?

N/A

b. If no, would the employee's presence to provide psychological comfort be beneficial to the patient or assist in the patient's recovery?

N/A

c. If the patient will need care only intermittently or on a part-time basis, please indicate the probable duration of this need:

N/A

_____  
Signature of Health Care Provider

Type of Practice _____

Address  
MARCEY SHAPIRO, MD  
Holistic Family Medicine  
1152 A Solano Avenue  
Albany, CA 94706

Telephone Number _____

Date  MAR 0 2 2005

To be completed by the employee needing family leave to care for a family member:

State the care you will provide and an estimate of the period during which care will be provided, including a schedule if leave is to be taken intermittently or if it will be necessary for you to work less than a full schedule:

_____  
Employee Signature

Date 03/10/05

Page 3 of 4

**Marcey Shapiro, MD**
1152 Solano Avenue
Albany, CA 94706
Email: info@marceyshapiro-md.com

Phone: 510-525-2200
Fax: 510-526-9648

HOLISTIC FAMILY MEDICINE

INSTRUCTIONS

Name: _____   Date: _____

Addendum to question #4

The patient also suffers from chronic anemia 2° to the activities that has been refractory to Iron Therapy. She also suffers from fatigue sometimes better & sometimes worse also 2° to the Rheumatoid Arthritis. She also has severe dysmenorrhea & menorrhagia 2° to uterine fibroids & cannot work at times for 1 day of her cycle.

USA00444

A "Serious Health Condition" means an illness, injury impairment, or physical or mental condition that involves one of the following:

1. Hospital Care

   Inpatient care (*i.e.*, an overnight stay) in a hospital, hospice, or residential medical care facility, including any period of incapacity[2] or subsequent treatment in connection with or consequent to such inpatient care.

2. Absence Plus Treatment

   (a) A period of incapacity[2] of more than three consecutive calendar days (including any subsequent treatment or period of incapacity[2] relating to the same condition), that also involves:

   (1) Treatment[3] two or more times by a health care provider, by a nurse or physician's assistant under direct supervision of a health care provider, or by a provider of health care services (*e.g.*, physical therapist) under orders of, or on referral by, a health care provider; or

   (2) Treatment by a health care provider on at least one occasion which results in a **regimen of continuing treatment**[4] under the supervision of the health care provider.

3. Pregnancy

   Any period of incapacity due to pregnancy, or for prenatal care.

4. Chronic Conditions Requiring Treatments

   A chronic condition which:

   (1) Requires periodic visits for treatment by a health care provider, or by a nurse or physician's assistant under direct supervision of a health care provider;

   (2) Continues over an extended period of time (including recurring episodes of a single underlying condition); and

   (3) May cause episodic rather than a continuing period of incapacity[2] (*e.g.*, asthma, diabetes, epilepsy, etc.).

5. Permanent/Long-term Conditions Requiring Supervision

   A period of incapacity[2] which is permanent or long-term due to a condition for which treatment may not be effective. The employee or family member must be under the continuing supervision of, but need not be receiving **active treatment** by, a health care provider. Examples include Alzheimer's, a severe stroke, or the terminal stages of a disease.

6. Multiple Treatments (Non-Chronic Conditions)

   Any period of absence to receive multiple treatments (including any period of recovery therefrom) by a health care provider or by a provider of health care services under orders of, or on referral by, a health care provider, either for restorative surgery after an accident or other injury, or for a condition that would likely result in a period of incapacity[2] of more than three consecutive calendar days in the absence of medical intervention or treatment, such as cancer (chemotherapy, radiation, etc.), severe arthritis (physical therapy), and kidney disease (dialysis).

This optional form may be used by employees to satisfy a mandatory requirement to furnish a medical certification (when requested) from a health care provider, including second or third opinions and recertification (29 CFR 825.306).

*Note:* Persons are not required to respond to this collection of information unless it displays a currently valid OMB control number.

---

[3] Treatment includes examinations to determine if a serious health condition exists and evaluations of the condition. Treatment does not include routine physical examinations, eye examinations, or dental examinations.

[4] A regimen of continuing treatment includes, for example, a course of prescription medication (*e.g.*, an antibiotic) or therapy requiring special equipment to resolve or alleviate the health condition. A regimen of treatment does not include the taking of over-the-counter medications such as aspirin, antihistamines, or salves; or bed-rest, drinking fluids, exercise, and other similar activities that can be initiated without a visit to a health care provider.

---

### Public Burden Statement

We estimate that it will take an average of 20 minutes to complete this collection of information, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. If you have any comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, send them to the Administrator, Wage and Hour Division, Department of Labor, Room S-3502, 200 Constitution Avenue, N.W., Washington, D.C. 20210.

*DO NOT SEND THE COMPLETED FORM TO THIS OFFICE; IT GOES TO THE EMPLOYEE.*

**EXHIBIT 2**

Repeat Labs
ESR
CBC c diff/plt
Cardio-CRP
Iron
Complete Metab Panel

} Chem

RA
Anemia
Fatigue

**Marcey Shapiro, MD**
1152 Solano Avenue
Albany, CA 94706
Email: info@marceyshapiro-md.com

Phone: 510-525-2200
Fax: 510-526-9648

HOLISTIC FAMILY MEDICINE     INSTRUCTIONS     Date: JUL 0 5 2005

Name: Francisca Morales

To Whom it May

Ms Moralez —

Has Dx of RA, has sig degeneration of all joints, esp both knees. Ambulation is difficult for her, & slow. Standing > 5 min is not possible for her. Currently @ job she has to do more walking than is advisable, as walking aggravates the RA & S's the destruction of the joints. Her job requires walking to copier/printer, restrooms, & other companies, & a motorized scooter is necessary for her to be able to adequately perform her job.

Most ideal would be working @ home 3 days/per week, which would then subject her to minimal ambulation

USA00703

**EXHIBIT 3**

Marcey Shapiro, MD
1152 Solano Avenue
Albany, CA 94706

Phone: 510-525-2200                                                Fax: 510-526-9648
HOLISTIC FAMILY MEDICINE

8/31/05

To Whom It May Concern:

Ms. Francesca Moralez is a patient under my care who is diagnosed with rheumatoid arthritis. She has significant degeneration of all joints, especially both knees. Ambulation is difficult for her and slow. Standing greater than 5 minutes at a time is not possible for her. Walking aggravates the rheumatoid arthritis and increases the rate of destruction of her joints.

Currently her job is requiring more walking than is advisable. It requires her to walk to a copier, printer, restrooms, and to other companies. In order for her to adequately perform these duties, given her medical needs, Ms. Moralez requires a motorized scooter.

However, the most ideal work arrangement would be for Ms. Moralez to work at home 3 days per week. At home she would be subject to minimal ambulation.

Please assist Francesca Moralez with an arrangement that supports these medically necessary requirements.

Sincerely,

Marcey Shapiro MD

Exhibit E
Page 47 of 50 Pages

USA01405

**EXHIBIT 4**

*Marcey Shapiro, MD*
*1152 Solano Avenue*
*Albany, CA 94706*

HOLISTIC FAMILY MEDICINE

Phone: 510-525-2200
Fax: 510-528-9648

May 17, 2006

US Office of Personnel Management
Retirement Operations Center
Boyers, PA  16017


RE:   Francisca Moralez
DOB:  11/30/58
SS#:  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


To Whom It May Concern:

Francisca Moralez has been a patient under my care since October 19, 2000. This statement is to support her claim of disability and her need for disability retirement.

In January of 2001 Francisca Moralez was diagnosed with rheumatoid arthritis. She also suffers from uterine fibroids, endometriosis, menhorhaggia, dysmenorhea and refractory anemia. Her history, diagnosis and assessment of condition are outlined below:

1. History of Medical Condition
   A. Patient was diagnosed with Rheumatoid Arthritis in January, 2001. Symptoms which she experiences on a daily basis include
   - limited mobility
   - severe pain and tenderness of joints. Specifically fingers, wrists, elbows, shoulders, hips, knees, and toes.
   - secondary weakness of joints
   - joint effusion in right and left knees (documented by MRI)
   - pain and weakness in both right and left shoulders and elbows
   - secondary insomnia due to pain
   - poor quality of sleep
   - some memory loss (probably due to poor quality sleep)
   
   *MRI enclosed. Lab tests enclosed.*

   B. Patient suffers from chronic and severe anemia which is refractory to treatment. She has failed oral therapy and even intravenous iron sucrose treatments have failed to significantly raise her Hgb and Hct. During menses

anemia can worsen, contributing to the patients overall fatigue. Her anemia is due to both menhorragia from her fibroid as well as her rheumatoid arthritis. Her Hgb does not rise above 10 and is generally around 8.5-9, and during menses can be as low as 7.0.
*Lab tests enclosed.*

C. Patient is diagnosed with endometriosis and dysmenhorhea, due in part to a single, large uterine fibroid. The dysmenhorhea is severe, lasting for up to 10 days of each month. Patient is then forced to lay down and rest during most of these 10 days. Analgesics have helped some, but have not been able to alleviate the cramps.
*Ultrasound Enclosed*

2. Copies of Reports
   Enclosed please find copies of lab tests, MRI, and ultrasound verifying her past and current conditions.

3. Diagnosis
   A. Rheumatoid Arthritis 714.0
   B. Anemia, refractory, w/ hemochromatosis 285.0
   C. Uterine fibroid 218.9
   D. Endometriosis 617.0
   E. Mennhorragia 626.0
   F. Dysmenorrhea 625.3
   G. Insomnia 780.52

4. Assessment and Prognosis
   All of the above mentioned conditions have been ongoing as early as 2001. Despite patient's thorough efforts at implementing numerous treatment protocols conditions remain severe and ongoing. Prognosis is guarded. Based on the patient's history of poor responses to treatments administered in the past 4 years it does not appear that her condition will improve significantly.

5. Restrictions and Limitations
   The patient's condition places significant limitations on her ability to perform the duties required by her job.
   A. Limited mobility: Patient cannot walk more than 15 steps and cannot walk at all without the use of two canes. She requires a wheelchair most of the time. She has a manual wheelchair but the action required to move the wheels is painful for her shoulders, elbows, wrists and hands. Patient cannot travel for more than 1.5 blocks in manual wheelchair once a day. Patient finds it difficult and painful to manipulate wheelchair around office as required by job. Patient requires, but does not have, a motorized wheelchair. In addition, it is difficult for patient to transfer from her wheelchair to her desk chair. Sometimes she is unable to make the transfer and must remain in her

wheelchair which is not ergonomic to her position at the desk and further reduces her ability to sit and work.

B. Limited ability to sit: Patient cannot sit longer than 2 hours at a time. She experiences extreme stiffness and increased pain after sitting requiring her to stand and/or walk for approximately 15 minutes (alternating between taking a few steps, standing/leaning, taking a few more steps, and so on.)

C. Lack of energy: Patient experiences significant lack of energy in the morning requiring more time to get prepared to leave the house than is customary. Finds it difficult to complete daily tasks of living in a reasonable amount of time due to the stiffness and immobility. Patient also experiences lack of energy throughout the day.

D. Loss of concentration and memory: Due to chronic pain and fatigue from poor quality sleep patient is unable to sustain her concentration and mental focus as required by her job. Some memory loss also affects job performance.

Patient's job requires that she travel to businesses around the Greater Bay Area to "conduct difficult reviews and investigations of contractors' compliance with applicable equal employment opportunity regulations, negotiates remedies, and prepares written reports of findings". The complete description of her job (Equal Opportunity Specialist GS-0360-12 is enclosed.) Physical requirements such as traveling from business to business, moving from her car to the building, getting to the building, moving in and around the office in which she must conduct her interviews, sitting for long periods while conducting the interviews, conducting negotiations, writing reports, and the energy demanded by such work are above and beyond the capabilities of this disabled patient. The mental focus and concentration that the job requires, are also often too taxing for this patient, given her fatigue, poor concentration and memory loss.

As stated previously these limitations and restrictions will likely prevail for the foreseeable future. The rheumatoid arthritis has worsened steadily since her initial diagnosis, and this condition does not typically improve. For this reason I find, from a medical standpoint, that this patient is now disabled, and unable to work in her field, and is an appropriate candidate for disability retirement.

Please feel free to contact me if you need further information.

Sincerely,

*Marcey Shapiro MD*
Marcey Shapiro MD