1  JOSEPH P. RUSSONIELLO (SBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  ELLEN M. FITZGERALD (NY 2408805)
   Assistant United States Attorney
4  ANDREW Y.S. CHENG (CSBN 164613)
   Assistant United States Attorney

6     450 Golden Gate Avenue, P.O. Box 36055
      San Francisco, California 94102-3495
7     Telephone:    (415) 436-6813
      Facsimile:    (415) 436-6748
8     Email:        andrew.cheng@usdoj.gov

9  Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| FRANCISCA MORALEZ, | ) | Case No. C07-3807 EDL |
| | ) | **E-FILING CASE** |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND [PROPOSED]** |
| v. | ) | **ORDER TO CONTINUE DATES** |
| | ) | AS MODIFIED |
| ELAINE CHAO, Secretary of the U.S. Department of Labor; | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This case is set for a jury trial on **December 8, 2008,** and pre-trial conference on **November 18, 2008**. The parties, by and through their respective attorneys, request that the pre-trial date be continued to **December 8, 2008,** and that the trial date be continued to either January 12, January 20, or January 26, 2009, whichever date is most convenient for the Court.

The parties request the continuance because all pre-trial filings are currently due on October 29, 2008. Because of expert unavailability and delays relating to pending settlement negotiations, expert discovery, plaintiff's independent medical examination, and certain expert reports cannot be completed until after pre-trial filings are due.

The parties stipulate that neither side will suffer any prejudice from a one-month continuance of the trial and pre-trial dates.

1       The parties are scheduled for a mandatory settlement conference with Magistrate Judge

2 Edward M. Chen on October 3, 2008.

3       Should the case not settle, plaintiff's IME will occur on October 23, 2008.

4       Dr. Rappaport's report will be served no later than November 5, 2008.

5       Dr. Rappaport's deposition will take place on November 13, 2008.

6       All expert discovery will be completed by November 14, 2008.

7       Should the pre-trial not be continued, then the defense medical examination would have

8 to occur on October 2, 2008, which would impede settlement negotiations.

                                                                                           Respectfully submitted,

                                                                                           JOSEPH P. RUSSONIELLO
                                                                                           United States Attorney

13 Dated: September 29, 2008                             /s/
                                                                                          ANDREW Y.S. CHENG
14                                                                                          ELLEN M. FITZGERALD
                                                                                         Assistant United States Attorney

17 Dated: September 29, 2008                             /s/
                                                                                          MICHAEL SORGEN
18                                                                                          Attorney for Plaintiff

## ORDER

      The Court, having considered the stipulation of the parties, continues the trial date to February 2, 2009 ~~January 12, 2009~~. The pre-trial is continued to **December 8, 2008**. Dr. Rappaport's deposition will take place on **November 13, 2008**. Expert discovery shall be completed by **November 14, 2008**.

      **IT IS SO ORDERED.**

Dated: September 30, 2008

                                                             ELIZABETH D. LAPORTE
                                                             United States Magistrate Judge

*IT IS SO ORDERED AS MODIFIED* — /s/ Elizabeth D. Laporte, Judge Elizabeth D. Laporte

STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE DATES
C07-3807 EDL                                2