| | |
|---|---|
| 1 | Michael S. Sorgen (State Bar No. 43107) |
| | Joyce Kawahata (State Bar No. 113159) |
| 2 | LAW OFFICES OF MICHAEL S. SORGEN |
| | 240 Stockton Street, 9th Floor |
| 3 | San Francisco, CA 94108 |
| | Telephone:     (415) 956-1360 |
| 4 | Facsimile:     (415) 956-6342 |
| 5 | Attorneys for Plaintiff |
| | FRANCISCA MORALEZ |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| FRANCISCA MORALEZ, | Case No.: C 07-3807 (EDL) |
| Plaintiff, | |
| vs. | **STIPULATION AND [PROPOSED] ORDER TO EXTEND PERIOD OF CONDITIONAL DISMISSAL** |
| ELAINE L. CHAO, SECRETARY OF THE U.S. DEPARTMENT OF LABOR; U.S. DEPARTMENT OF LABOR, EMPLOYMENT STANDARDS ADMINISTRATION | |
| Defendants. | |

The parties reached a settlement of this action on October 6, 2008. The Court ordered a conditional dismissal of the action without prejudice with leave to reinstate on or before 90 days for the purpose of proceeding with the litigation in the event a settlement had not been completed before that date. The last business day within the 90 days from October 6 is January 2, 2009.

Upon plaintiff's inquiry on December 11, 2008, and defendant's investigation as to the status of the forthcoming payment to finalize the settlement, defendant's counsel informed plaintiff's counsel that she could not assure that the settlement would be funded by January 2, 2009. Because the settlement funds have not yet been paid, the parties stipulate and request that

//

//

//

**STIPULATION AND [PROPOSED] ORDER TO EXTEND PERIOD OF CONDITIONAL DISMISSAL**

the Court extend the conditional dismissal for 60 days, or until March 5, 2009.

Dated: December 19, 2008        JOSEPH P. RUSSONIELLO
                                United States Attorney

                        By:     /s/
                                ELLEN FITZGERALD
                                Assistant United States Attorney


Dated: December 18, 2008        LAW OFFICES OF MICHAEL S. SORGEN

                        By:     /s/
                                MICHAEL S. SORGEN


### ORDER

IT IS HEREBY ORDERED that the conditional dismissal without prejudice is extended for 60 days until March 5, 2009, to allow the parties additional time to complete payment of the settlement funds.

Dated: December _22_, 2008

IT IS SO ORDERED
Judge Elizabeth D. Laporte
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION AND [PROPOSED] ORDER TO
EXTEND PERIOD OF CONDITIONAL              2
DISMISSAL